**FORM 13**

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York  10278

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by  Gordon D. Todd  
(Name of attorney of record)

on behalf of  all Plaintiffs  in the matter of  Ninestar Corporation et al.  v.  United States et al. ,

Court No.  23-182 .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
 See attached page.

2. Indicate whether the party on whose behalf this Form is being filed is ☑ or is not ☐ the real party in interest.  If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association.  (Attach additional pages if necessary.)
 N/A

/s/ Gordon D. Todd  
(Signature of Attorney)

08/22/2023  
(Date)

**SEE REVERSE SIDE**

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005.)

**Plaintiffs' Disclosure of Corporate Affiliations and Financial Interest**

1. <u>Ninestar Corporation</u>—Ninestar Corporation is a publicly-owned corporation, but no publicly-owned corporation owns 10% or more of its stock.  Ninestar Corporation has no publicly-owned subsidiary or affiliate corporations.

2. <u>Zhuhai Ninestar Information Technology Co., Ltd.</u>—Zhuhai Ninestar Information Technology Co., Ltd. is a wholly owned subsidiary of Zhuhai Hengqin G&G Technology Co., Ltd., which is a wholly owned subsidiary of Ninestar Corporation.  Zhuhai Ninestar Information Technology Co., Ltd. has no publicly-owned subsidiary or affiliate corporations.

3. <u>Zhuhai Pantum Electronics Co., Ltd.</u>—Zhuhai Pantum Electronics Co., Ltd. is a wholly owned subsidiary of Ninestar Corporation.  Zhuhai Pantum Electronics Co., Ltd. has no publicly-owned subsidiary or affiliate corporations.

4. <u>Zhuhai Apex Microelectronics Co., Ltd.</u>—Ninestar Corporation is a majority shareholder of Zhuhai Apex Microelectronics Co., Ltd.  Zhuhai Apex Microelectronics Co., Ltd. has no publicly-owned subsidiary or affiliate corporations.

5. <u>Geehy Semiconductor Co., Ltd.</u>—Geehy Semiconductor Co., Ltd. is a wholly owned subsidiary of Zhuhai Apex Microelectronics Co., Ltd.  Ninestar Corporation is a majority shareholder of Zhuhai Apex Microelectronics Co., Ltd.  Geehy Semiconductor Co., Ltd. has no publicly-owned subsidiary or affiliate corporations.

6. <u>Zhuhai G&G Digital Technology Co., Ltd.</u>—Zhuhai G&G Digital Technology Co., Ltd. is a wholly owned subsidiary of Zhuhai Hengqin G&G Technology Co., Ltd., which is a wholly owned subsidiary of Ninestar Corporation.  Zhuhai G&G Digital Technology Co., Ltd. has no publicly-owned subsidiary or affiliate corporations.

7. <u>Zhuhai Seine Printing Technology Co., Ltd.</u>—Zhuhai Seine Printing Technology Co., Ltd. is a privately-owned corporation.  Zhuhai Seine Printing Technology Co., Ltd. is a parent corporation of Ninestar Corporation.

8. <u>Zhuhai Ninestar Management Co., Ltd.</u>—Zhuhai Ninestar Management Co., Ltd. is a wholly owned subsidiary of Ninestar Corporation.  Zhuhai Ninestar Management Co., Ltd. has no publicly-owned subsidiary or affiliate corporations.