FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**        FORM 11

| Ninestar Corporation et al. | |
|---|---|
| Plaintiff, | Court No.: 23-182 |
| v. | |
| United States of America, et al. | |
| Defendant. | |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, Ninestar Corporation and all other plaintiffs, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Gordon Todd.

Date: 08/22/2023

Cody M. Akins
Attorney

Sidley Austin LLP
Firm

1501 K Street, N.W.
Street Address

Washington, D.C. 20005
City, State and Zip Code

(202) 736-8028
Telephone Number

cakins@sidley.com
E-mail Address