UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD., Plaintiffs, v. UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, in his official capacity as the Secretary of the Department of Homeland Security; TROY A. MILLER, in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection; and ROBERT SILVERS, in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force, Defendants. | Court No. 23-00182 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Monica P. Triana, hereby enters her appearance as lead attorney for the defendants, Guy Eddon, hereby enters his appearance as a notice attorney, and Justin R. Miller, hereby enters his appearance as a notice attorney, in the above-captioned action, and request that all papers in connection therewith be referred to their attention.

        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        PATRICIA M. McCARTHY
        Director

By:    /s/ Justin R. Miller
        JUSTIN R. MILLER
        Attorney-In-Charge
        International Trade Field Office

        /s/ Monica P. Triana
        MONICA P. TRIANA
        Senior Trial Counsel

        /s/ Guy Eddon
        GUY EDDON
        Trial Attorney
        Department of Justice, Civil Division
        Commercial Litigation Branch
        26 Federal Plaza – Room 346
        New York, New York 10278
        Tel. (212) 264-9232 or 9230
        *Attorneys for Defendants*

Dated: August 23, 2023