## CERTIFICATE OF SERVICE

Pursuant to U.S. Court of International Trade Rule 4(b) and (h), I hereby certify that on August 24, 2023, I caused a true copy of the foregoing summons and complaint to be served via registered mail, return receipt requested, to the following:

Justin R. Miller
Attorney-in-Charge
International Trade Field Office
Department of Justice
26 Federal Plaza, Room 346
New York, NY 10278

Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, D.C. 20229

Robert Silvers
Under Secretary for Office of Strategy, Policy, and Plans
Forced Labor Enforcement Task Force
U.S. Department of Homeland Security
Mail Stop 0525
2707 Martin Luther King Jr Ave SE
Washington, DC 20528-0525

/s/ Gordon D. Todd