**IN THE UNITED STATES
COURT OF INTERNATIONAL TRADE**

|  |  |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD. | |
| *Plaintiffs*, | |
| v. | Case No. 23-00182 |
| UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, *in his official capacity as the Secretary of the Department of Homeland Security*; TROY A. MILLER, *in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection*; and ROBERT SILVERS, *in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force*, | |
| *Defendants*. | |

**PLAINTIFFS' CONSENT MOTION FOR ERRATA**

Pursuant to Paragraph 4(d)(i) of Administrative Order No. 02-01 and Rule 7(b) of the Rules

of this Court, Plaintiffs respectfully move for an order allowing them to correct inadvertent errors

contained in Plaintiffs' Motion for a Preliminary Injunction. The Clerk of the Court informed Plaintiffs' counsel about these errors on August 23, 2023. Plaintiffs further request that the Court allow it to substitute the attached corrected version of its Motion.

The minor errors that Plaintiffs seek to correct are, first, the omission of any statement regarding whether counsel consulted with the Defendants regarding the motion and, second, the omission of a proposed order.  To remedy these omissions, Plaintiffs added the following in the corrected motion:

| Page 2 | The undersigned counsel contacted counsel for the Defendants by email on August 21, 2023, to inform Defendants of Plaintiffs' intent to file this motion. Undersigned counsel followed up on August 23, 2023, to request consent to this motion. Defendants' counsel responded that "The Government does not consent to being enjoined." |
|---|---|
| Pages 26-27 | [*Full proposed order.*] |

Plaintiffs regret any inconvenience this error may have caused to the Court and the parties in this action.

Pursuant to Rule 7(b) of the Rules of this Court and Paragraph 4(d)(i) of Administrative Order No. 02-01, counsel for Plaintiffs has consulted with Defendants regarding this motion. Monica Triana, counsel for the Government, consents to the relief requested in this motion.

Dated: August 25, 2023

Respectfully submitted,

*/s/ Gordon D. Todd*

MICHAEL E. MURPHY
GORDON D. TODD
MICHAEL E. BORDEN
CODY M. AKINS
SIDLEY AUSTIN LLP

1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8760
gtodd@sidley.com

*Counsel for Plaintiffs*

# IN THE UNITED STATES
# COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD. | |
| *Plaintiffs*, | |
| v. | Case No. 23-182 |
| UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, *in his official capacity as the Secretary of the Department of Homeland Security*; TROY A. MILLER, *in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection*; and ROBERT SILVERS, *in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force*, | **Proposed Order Granting Plaintiffs' Consent Motion for Errata** |
| *Defendants*. | |

Plaintiffs' consent motion for errata (ECF No. ___) is **GRANTED**.  It is hereby **ORDERED** that that the corrections are deemed made by physical substitution of the corrected version of Plaintiffs' Motion for a Preliminary Injunction.

Issued this _____ day of _____, 2023.


_____

Judge of the United States Court of International Trade