# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NINESTAR CORPORATION, et al.,<br><br>             Plaintiffs,<br>    v.<br>UNITED STATES, et al.,<br><br>             Defendants. | Court No. 23-00182 |

## ORDER OF ASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e) of the Rules of this Court, the above-entitled action is assigned to the Honorable Gary S. Katzmann.

                                                /s/ Mark A. Barnett
                                                Mark A. Barnett
                                                Chief Judge

DATED:   August 30, 2023