UNITED STATES COURT OF INTERNATIONAL TRADE

HONORABLE GARY S. KATZMANN, JUDGE
_____
                                                        :
NINESTAR CORPORATION, ZHUHAI NINESTAR          :
INFORMATION TECHNOLOGY CO., LTD., ZHUHAI        :
PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX       :
MICROELECTRONICS CO., LTD., GEEHY              :
SEMICONDUCTOR CO., LTD., ZHUHAI G&G            :
DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE      :
PRINTING TECHNOLOGY CO., LTD., and ZHUHAI       :
NINESTAR MANAGEMENT CO., LTD.,                  :
                                                        :
                        Plaintiffs,                    :
                                                        :        Court No. 23-00182
            v.                                          :
                                                        :
UNITED STATES OF AMERICA; DEPARTMENT OF         :
HOMELAND SECURITY; UNITED STATES                :
CUSTOMS AND BORDER PROTECTION; FORCED           :
LABOR ENFORCEMENT TASK FORCE;                   :
ALEJANDRO MAYORKAS, in his official capacity as  :
the Secretary of the Department of Homeland Security;  :
TROY A. MILLER, in his official capacity as the Senior  :
Official Performing the Duties of the Commissioner for  :
U.S. Customs and Border Protection; and         :
ROBERT SILVERS, in his official capacity as Under  :
Secretary for Office of Strategy, Policy, and Plans and  :
Chair of the Forced Labor Enforcement Task Force,  :
                                                        :
                        Defendants.                    :
_____:


**<u>ADMINISTRATIVE RECORD</u>**


NON-CONFIDENTIAL

## UNITED STATES COURT OF INTERNATIONAL TRADE

_____

|  |  |  |
|---|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Court No. 23-00182 |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, in his official capacity as the Secretary of the Department of Homeland Security; TROY A. MILLER, in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection; and ROBERT SILVERS, in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force, | : | |
| | : | |
| Defendants. | : | |

_____

## CERTIFICATION OF ADMINISTRATIVE RECORD

My name is Tasha Hippolyte.  I am the Deputy Assistant Secretary, Trade Policy and Economic Competitiveness, Office of Policy, Strategy, and Plans, U.S. Department of Homeland Security (DHS).  I have held this position since December 18, 2022.

I certify, to the best of my knowledge, information, and belief, that the documents listed in the attached index comprise the non-privileged documents that were submitted by DHS to the

voting Member Agencies of the Forced Labor Enforced Task Force (FLETF) in support of DHS's recommendation to add Ninestar and its subsidiaries (Ninestar) to the Uyghur Forced Labor Prevention Act (UFLPA) Entity List and which reflect the FLETF Member Agencies final vote and decision to add Ninestar to the UFLPA Entity List.

Therefore, I certify, to the best of my knowledge, information, and belief, that the documents listed in the attached index comprise all of the documents constituting the administrative record for the above-captioned case.

I also include the standard operating procedures adopted by the FLETF. Although this document was not submitted by DHS to the FLETF as part of the decision-making process for Ninestar, it reflects the procedures the FLETF followed in its decision to add Ninestar to the UFLPA Entity List.

Executed this 3rd day of October, 2023 in Washington, DC.


*Tasha Reid Hippolyte*
Tasha Hippolyte
Deputy Assistant Secretary, Trade Policy and
Economic Competitiveness
Department of Homeland Security

**Department of Homeland Security – Ninestar UFLPA Listing Submissions to FLETF**
**Administrative Record Index**

| | Records Submitted by DHS to FLETF | Starting Bates Number |
|---|---|---|
| 1. | Memorandum from Robert Silvers, Under Sec'y of Homeland Sec., Off. of Strategy, Policy, and Plans, *Forced Labor Enforcement Task Force Addition of Ninestar Corporation and its Eight Zhuhai-Based Subsidiaries to the Uyghur Forced Labor Prevention Act Entity List* (May 24, 2023). | AR000001 |
| 2. | Uyghur Forced Labor Prevention Act (UFLPA) Entity List Package 23-002 from U.S. Dep't of Homeland Sec. to Forced Labor Enforcement Task Force. <br><br> - **Attachment A:** CONFIDENTIAL/LES <br> - **Attachment B:** CONFIDENTIAL/LES <br> - **Attachment C:** CONFIDENTIAL/LES <br><br> - **Attachment D:** CONFIDENTIAL/LES <br> - **Attachment E:** *A* CONFIDENTIAL/LES <br><br> - **Attachment F** CONFIDENTIAL/LES <br><br> - **Attachment G:** CONFIDENTIAL/LES <br><br> - **Attachment H:** CONFIDENTIAL/LES <br> - **Attachment I:** CONFIDENTIAL/LES <br> - **Attachment J:** CONFIDENTIAL/LES | AR000003 |

|  |  | CONFIDENTIAL/LES |  |
|---|---|---|---|
|  | - **Attachment K:** | CONFIDENTIAL/LES |  |
|  | - **Attachment L:** | CONFIDENTIAL/LES |  |
|  | - **Attachment M:** | CONFIDENTIAL/LES |  |
|  | - **Attachment N:** | CONFIDENTIAL/LES |  |
|  | - **Attachment O:** | CONFIDENTIAL/LES |  |
|  | - **Attachment P:** | CONFIDENTIAL/LES |  |
|  | - **Attachment Q:** | CONFIDENTIAL/LES |  |
| 3. | U.S. Dep't of Homeland Sec., U.S. Customs & Border Prot., Off. of Trade, *Ninestar Corporation and its Zhuhai-based Subsidiaries and Facilities: Uyghur Forced Labor Prevention Act – Forced Labor Enforcement TF Entity List Allegation Summary* (Jan. 26, 2023). | | AR000202 |
| 4. | U.S. Dep't of Homeland Sec., U.S. Customs & Border Prot., Off. of Trade, *Zhuhai-Based Subsidiaries of Ninestar and Overall Trade Impact* (May 4, 2023). | | AR000210 |
| 5. | Presentation by U.S. Dep't of Homeland Sec., U.S. Customs & Border Prot., Off. of Trade, to Forced Labor Enforcement Task Force, *UFLPA Entity List Recommendation: Ninestar Corporation* (March 7, 2023). | | AR000213 |
| | **Addendum** | | **Starting Bates Number** |
| 6. | U.S. Dep't of Homeland Sec., Off. of Strategy, Policy, & Plans, *Forced Labor Enforcement Task Force Standard Operating Procedures, Uyghur Forced Labor Prevention Act Entity List* (July 2022). | | AR000220 |

UNCLASSIFIED // FOR OFFICIAL USE ONLY



U.S. Department of Homeland Security
Washington, DC 20528

May 24, 2023

MEMORANDUM FOR THE FORCED LABOR ENFORCEMENT TASK FORCE
MEMBER AGENCIES

FROM:             Robert Silvers
                  Under Secretary for Strategy, Policy, and Plans
                  Forced Labor Enforcement Task Force Chair

SUBJECT:          **Forced Labor Enforcement Task Force Addition of Ninestar**
                  **Corporation and its Eight Zhuhai-Based Subsidiaries to the Uyghur**
                  **Forced Labor Prevention Act Entity List**

---

(U//FOUO) On March 3, 2023, the U.S. Department of Homeland Security submitted Uyghur
Forced Labor Prevention Act (UFLPA) Entity List Package 23-002 (Package 23-002) to the
Forced Labor Enforcement Task Force (FLETF).  Package 23-002 proposed adding Ninestar
Corporation and its eight Zhuhai-based subsidiaries to include Zhuhai Ninestar Information
Technology Co. Ltd., Zhuhai Pantum Electronics Co. Ltd., Zhuhai Apex Microelectronics Co.,
Ltd., Geehy Semiconductor Co., Ltd., Zhuhai Pu-Tech Industrial Co., Ltd., Zhuhai G&G Digital
Technology Co., Ltd., Zhuhai Seine Printing Technology Co., Ltd., and Zhuhai Ninestar
Management Co., Ltd. (collectively "Ninestar") to the Entity List described in Section
2(d)(2)(B)(ii) of the UFLPA; i.e., "a list of entities working with the government of the Xinjiang
Uyghur Autonomous Region to recruit, transport, transfer, harbor or receive forced labor or
Uyghurs, Kazakhs, Kyrgyz, or members of other persecuted groups out of the Xinjiang Uyghur
Autonomous Region."

(U//FOUO) Package 23-002 explains that Ninestar, headquartered in Zhuhai, Guangdong
Province, is one of the top 500 listed companies in the People's Republic of China (PRC) and is
one of the four largest laser printer manufacturers in the world.  Ninestar's products include laser
printers, general printing consumables, and integrated circuit chips, some of which are imported
into the United States.

(U//FOUO) The information in Package 23-002 demonstrates that Ninestar has worked with the
government of the Xinjiang Uyghur Autonomous Region through a third-party agency to recruit,
transport, transfer, and receive Uyghur laborers out of the Xinjiang Uyghur Autonomous Region
to work in its manufacturing facilities in the city of Zhuhai, located in the Guangdong Province.
Package 23-002 references an allegation ▓▓▓▓▓▓ Informant Privilege ▓▓▓▓▓▓ PRC
government documents, Ninestar's company documents, and media reports that corroborate that
Ninestar is participating in the PRC government's "poverty alleviation" programs transferring
laborers from "remote and underdeveloped areas" to its facilities.  This information reasonably
indicates that these workers from the Xinjiang Uyghur Autonomous Region were coerced to enter
state-sponsored labor transfer programs and are unable to leave voluntarily once they begin
working in the facilities, which are thousands of miles away from their hometowns in the Xinjiang
Uyghur Autonomous Region.

AR000001

FOR OFFICIAL USE ONLY

(U//FOUO) After DHS submitted Package 23-002 to the FLETF on March 3, 2023, FLETF Member Agencies had the opportunity to review the information, submit questions to DHS, provide any relevant information in their control regarding Package 23-002, and prepare to vote on the disposition of Package 23-002.  Following review and consideration of the information provided by DHS in Package 23-002, FLETF Member Agencies found that there was reasonable cause to believe, based on specific and articulable information, that Ninestar works with the government of the Xinjiang Uyghur Autonomous Region to recruit, transport, transfer, harbor, or receive Uyghurs, Kazakhs, Kyrgyz, or members of other persecuted groups out of the Xinjiang Uyghur Autonomous Region.

(U//FOUO) Accordingly, on May 15, 2023, FLETF Member Agencies voted unanimously to add Ninestar Corporation to the Entity List described in Section 2(d)(2)(B)(ii) of the UFLPA.  Six of the FLETF Member agencies voted to add the eight Zhuhai-based subsidiaries of Ninestar Corporation, which include Zhuhai Ninestar Information Technology Co. Ltd., Zhuhai Pantum Electronics Co. Ltd., Zhuhai Apex Microelectronics Co., Ltd., Geehy Semiconductor Co., Ltd., Zhuhai Pu-Tech Industrial Co., Ltd., Zhuhai G&G Digital Technology Co., Ltd., Zhuhai Seine Printing Technology Co., Ltd., and Zhuhai Ninestar Management Co., Ltd. to this same list and one FLETF Member Agency abstained as the vote pertained to the eight Zhuhai-based subsidiaries:

1. U.S. Department of Homeland Security (Chair) - **Yes**
2. The Office of the United States Trade Representative - **Yes**
3. U.S. Department of Labor - **Yes**
4. U.S. Department of Commerce - **Yes**
5. U.S. Department of the Treasury - **Yes**
6. U.S. Department of State - Yes
7. U.S. Department of Justice - **\*Yes to add Ninestar Corporation. Abstention on adding its eight Zhuhai-based subsidiaries.**

Attachment:
1. (U//FOUO) UFLPA Entity List Package 23-002 (Ninestar Corporation and its Eight Zhuhai-Based Subsidiaries)

AR000002

UNCLASSIFIED // FOR OFFICIAL USE ONLY

## UYGHUR FORCED LABOR PREVENTION ACT (UFLPA) ENTITY LIST PACKAGE 23-002

### ACTION

1. **Name of Submitting FLETF Agency:**

   U.S. Department of Homeland Security (DHS)

2. **FLETF Agency Point of Contact:**

   Bridget McGovern
   Acting Assistant Secretary
   Trade and Economic Security, Office of Strategy, Policy, and Plans
   U.S. Department of Homeland Security

3. **Action (select one):**

   ☒ Addition to List        ☐ Removal from List        ☐ Technical Correction

4. **Entity Identifying Information:**

   Ninestar Corporation and its eight Zhuhai-based subsidiaries. In this package, "Ninestar" refers to Ninestar Corporation and its eight Zhuhai-based subsidiaries, which include Zhuhai Ninestar Information Technology Co. Ltd., Zhuhai Pantum Electronics Co. Ltd., Zhuhai Apex Microelectronics Co., Ltd., Geehy Semiconductor Co., Ltd., Zhuhai Pu-Tech Industrial Co., Ltd., Zhuhai G&G Digital Technology Co., Ltd., Zhuhai Seine Printing Technology Co., Ltd., and Zhuhai Ninestar Management Co., Ltd.

   Ninestar Corporation
   No. 3883 Zhuhai Avenue, Xiangzhou District
   Zhuhai, Guangdong 519075
   https://www.ninestargroup.com/

   纳思达股份有限公司
   中国广东珠海市香洲区珠海大道 3883 号
   邮编：519075

   Ninestar is one of the top 500 listed companies in the PRC and has become one of the four largest laser printer manufacturers in the world.  Ninestar has been listed on the Shenzhen

UNCLASSIFIED // FOR OFFICIAL USE ONLY

AR000003

Stock Exchange since 2014.  In 2021, there were 21,787 employees at Ninestar with an operating revenue of CNY 22.792 billon.[1]

5. **UFLPA Entity List for Addition, Removal, or Correction (select one or more applicable list):**

☐ *Section 2(d)(2)(B)(i) – Entities in the Xinjiang Uyghur Autonomous Region that mine, produce, or manufacture wholly or in part any goods, wares, articles, and merchandise with forced labor.*

☒ *Section 2(d)(2)(B)(ii) – Entities working with the government of the Xinjiang Uyghur Autonomous Region to recruit, transport, transfer, harbor or receive forced labor or Uyghurs, Kazakhs, Kyrgyz, or members of other persecuted groups out of the Xinjiang Uyghur Autonomous Region.*

☐ *Section 2(d)(2)(B)(iv) – Entities that exported products mined, produced, or manufactured wholly or in part by entities on the list required by clause (i) or (ii) from the People's Republic of China into the United States.*

☐ *Section 2(d)(2)(B)(v) – Facilities or entities, including the Xinjiang Production and Construction Corps, that source material from the Xinjiang Uyghur Autonomous Region or from persons working with the government of the Xinjiang Uyghur Autonomous Region or the Xinjiang Production and Construction Corps for purposes of the "poverty alleviation" program or the "pairing-assistance" program or any other government labor scheme that uses forced labor.*

6. **Scope:**

Ninestar Corporation 纳思达股份有限公司 (Ninestar), both the parent company and its Zhuhai subsidiaries, is reported to have worked with the government of the Xinjiang Uyghur Autonomous Region (XUAR) through a third-party agency to recruit, transport, transfer, and receive Uyghur laborers out of the XUAR to work in its manufacturing facilities in the city of Zhuhai, located in the Guangdong Province of PRC.  All sources – including an allegation filed ███████ Informant Privilege ███████ PRC government documents, Ninestar's company documents, and media reports – corroborate that Uyghur laborers working at Zhuhai Ninestar facilities were recruited, transferred, and are presently still monitored by the officials of the XUAR government.  Such information reasonably indicates that these workers from the XUAR were coerced to enter state-sponsored labor transfer programs and are unable to leave voluntarily once they begin working in the facilities, which are thousands of miles away from their

---

[1] Ninestar. (2021). 2021 *Environmental, Social, and Governance Report*. Zhuhai. Retrieved from Ninestar: https://en.ninestargroup.com/investor12.html

UNCLASSIFIED // FOR OFFICIAL USE ONLY

hometowns in the XUAR.  Ninestar products include laser printers, general printing consumables, and integrated circuit chips,[2] some of which are imported into the United States.

## 7. Basis:

### 7a. Basis - general description for public release:

Ninestar Corporation 纳思达股份有限公司 (Ninestar) is reported to have worked with the government of the Xinjiang Uyghur Autonomous Region (XUAR) through a third-party agency to recruit, transport, transfer, and receive Uyghur laborers out of the XUAR to work in its manufacturing facilities in the city of Zhuhai, located in the Guangdong Province of the People's Republic of China (PRC).  Ninestar's corporate headquarters and eight subsidiaries in Zhuhai (Zhuhai Ninestar Information Technology Co. Ltd., Zhuhai Pantum Electronics Co. Ltd., Zhuhai Apex Microelectronics Co., Ltd., Geehy Semiconductor Co., Ltd., Zhuhai Pu-Tech Industrial Co., Ltd., Zhuhai G&G Digital Technology Co., Ltd., Zhuhai Seine Printing Technology Co., Ltd., and Zhuhai Ninestar Management Co., Ltd.) are all located in the city of Zhuhai, in the Guangdong Province of the PRC.

Sources – including, but not limited to, PRC government documents, Ninestar's company documents, and media reports – corroborate that Uyghur laborers working at Zhuhai Ninestar facilities were recruited, transferred, and are presently still monitored by officials of the XUAR government.  Such information provides evidence that workers from the XUAR were coerced to enter state-sponsored labor transfer programs and are unable to leave voluntarily once they begin working in the facilities, which are thousands of miles away from their hometowns in the XUAR.  Ninestar's products include laser printers, general printing consumables, and integrated circuit chips, some of which are imported into the United States.

### 7b. Standard

Under the UFLPA Entity List Standard Operating Procedures (SOP), entities may be added to the UFLPA Entity List described in Section 2(d)(2)(B)(ii) if "there is reasonable cause to believe, based on specific and articulable information, that . . . [they are] working with the government of [Xinjiang] to recruit, transport, transfer, harbor or receive forced labor or Uyghurs, Kazakhs, Kyrgyz, or members of other persecuted groups out of [Xinjiang]."  SOP at Sec. I(C)(2)(a).

### 7c. Basis

This package to add Ninestar Corporation and its subsidiaries in Zhuhai (Zhuhai Ninestar Information Technology Co. Ltd., Zhuhai Pantum  Electronics  Co. Ltd., Zhuhai Apex Microelectronics Co., Ltd., Geehy Semiconductor Co., Ltd., Zhuhai Pu-Tech Industrial Co., Ltd., Zhuhai G&G Digital Technology Co., Ltd., Zhuhai Seine Printing Technology Co., Ltd., and Zhuhai Ninestar Management Co., Ltd.) to the UFLPA Entity List is based on a reasonable belief

---

[2] Ninestar. Ninestar Products. Retrieved from Ninestar: https://en.ninestargroup.com/products.html

UNCLASSIFIED // FOR OFFICIAL USE ONLY

AR000005

UNCLASSIFIED // FOR OFFICIAL USE ONLY

of Ninestar's participation in state-sponsored coercive labor transfer programs.  Credible information of Ninestar's participation comes from several sources: an allegation from a credible ▇▇ PRC government documents, Ninestar's corporate documents, PRC state media reports, and Informant Privilege ▇ that document the presence of Uyghur workers at Ninestar facilities in Zhuhai that are unable to leave.  Ninestar's company documents disclose its participation in the "poverty alleviation" programs sponsored by the Guangdong provincial government.  Such information is further supported, both directly and circumstantially, by PRC government agencies and state media reports



CONFIDENTIAL / LES

UNCLASSIFIED // FOR OFFICIAL USE ONLY

AR000006

UNCLASSIFIED // FOR OFFICIAL USE ONLY



CONFIDENTIAL / LES

UNCLASSIFIED // FOR OFFICIAL USE ONLY

AR000007

UNCLASSIFIED // FOR OFFICIAL USE ONLY



CONFIDENTIAL / LES

Page **6** of **15**

UNCLASSIFIED // FOR OFFICIAL USE ONLY

UNCLASSIFIED // FOR OFFICIAL USE ONLY



CONFIDENTIAL / LES

Page **7** of **15**

UNCLASSIFIED // FOR OFFICIAL USE ONLY

AR000009

UNCLASSIFIED // FOR OFFICIAL USE ONLY



CONFIDENTIAL / LES

UNCLASSIFIED // FOR OFFICIAL USE ONLY

AR000010

UNCLASSIFIED // FOR OFFICIAL USE ONLY



CONFIDENTIAL / LES

Page **9** of **15**

AR000011

UNCLASSIFIED // FOR OFFICIAL USE ONLY



# CONFIDENTIAL / LES

Page **10** of **15**

AR000012

UNCLASSIFIED // FOR OFFICIAL USE ONLY



CONFIDENTIAL / LES

Page **11** of **15**

UNCLASSIFIED // FOR OFFICIAL USE ONLY

AR000013

UNCLASSIFIED // FOR OFFICIAL USE ONLY



CONFIDENTIAL / LES

UNCLASSIFIED // FOR OFFICIAL USE ONLY

AR000014

UNCLASSIFIED // FOR OFFICIAL USE ONLY



UNCLASSIFIED // FOR OFFICIAL USE ONLY

AR000015

UNCLASSIFIED // FOR OFFICIAL USE ONLY



CONFIDENTIAL / LES

Page **14** of **15**

AR000016

UNCLASSIFIED // FOR OFFICIAL USE ONLY



# CONFIDENTIAL / LES

UNCLASSIFIED // FOR OFFICIAL USE ONLY

AR000017

# ATTACHMENT A

AR000018

CONFIDENTIAL/LES

AR000019

# ATTACHMENT B

AR000020

CONFIDENTIAL/LES

AR000021

# ATTACHMENT C

AR000022

CONFIDENTIAL/LES

AR000023

CONFIDENTIAL/LES

AR000024

CONFIDENTIAL/LES

AR000025

CONFIDENTIAL/LES

AR000026

CONFIDENTIAL/LES

AR000027



AR000028

CONFIDENTIAL/LES

AR000029

CONFIDENTIAL/LES

AR000030

CONFIDENTIAL/LES

AR000031



AR000032



AR000033



AR000034

CONFIDENTIAL/LES

AR000035



AR000036

CONFIDENTIAL/LES

AR000037



AR000038

CONFIDENTIAL/LES

AR000039



AR000040



AR000041



AR000042



AR000043



CONFIDENTIAL/LES

AR000044



AR000045

CONFIDENTIAL/LES

AR000046



AR000047



AR000048



AR000049

CONFIDENTIAL/LES

AR000050



AR000051



AR000052



AR000053



AR000054

CONFIDENTIAL/LES

AR000055



AR000056

CONFIDENTIAL/LES

AR000057

CONFIDENTIAL/LES

AR000058



AR000059

CONFIDENTIAL/LES

AR000060



CONFIDENTIAL/LES

AR000061



CONFIDENTIAL/LES

AR000062



CONFIDENTIAL/LES

AR000063



AR000064

CONFIDENTIAL/LES

AR000065



AR000066



AR000067

CONFIDENTIAL/LES

AR000068

CONFIDENTIAL/LES

AR000069

CONFIDENTIAL/LES

AR000070

CONFIDENTIAL/LES

AR000071



AR000072

CONFIDENTIAL/LES

AR000073

CONFIDENTIAL/LES

AR000074

CONFIDENTIAL/LES

AR000075

CONFIDENTIAL/LES

AR000076

CONFIDENTIAL/LES

AR000077

AR000078

# ATTACHMENT D

AR000079

# CONFIDENTIAL/LES

AR000080

# ATTACHMENT E

AR000081

AR000082

# ATTACHMENT F

AR000083

AR000084

AR000085

# ATTACHMENT G

AR000086

# CONFIDENTIAL/LES

AR000087

CONFIDENTIAL/LES

AR000088

CONFIDENTIAL/LES

AR000089

# CONFIDENTIAL/LES



AR000090

# CONFIDENTIAL/LES

AR000091

1ore se in ne

# CONFIDENTIAL/LES



AR000093

# CONFIDENTIAL/LES



AR000094



AR000095

# CONFIDENTIAL/LES



AR000096

# CONFIDENTIAL/LES



AR000097

# CONFIDENTIAL/LES



AR000098



AR000099

# CONFIDENTIAL/LES

AR000100

# CONFIDENTIAL/LES

AR000101

CONFIDENTIAL/LES

AR000102

CONFIDENTIAL/LES



AR000103

# CONFIDENTIAL/LES

AR000104



AR000105

CONFIDENTIAL/LES

AR000106

# CONFIDENTIAL/LES



AR000107



AR000108



AR000109

CONFIDENTIAL/LES

AR000110

# CONFIDENTIAL/LES

AR000111

# CONFIDENTIAL/LES

AR000112

# ATTACHMENT H

AR000113

AR000114

# ATTACHMENT I

AR000115

AR000116

AR000117

AR000118

AR000119

AR000120

AR000121

AR000122

CONFIDENTIAL/LES

AR000123

AR000124

AR000125

CONFIDENTIAL/LES

AR000126

AR000127

# ATTACHMENT J

AR000128

AR000129

AR000130

AR000131

AR000132

AR000133

AR000134

AR000135

AR000136

AR000137

Case 1:23-cv-00185-GSK   Document 24-1   Filed 10/03/23   Page 143 of 233

AR000138

AR000139

CONFIDENTIAL/LES

AR000140

AR000141

AR000142

AR000143

AR000144

AR000145

AR000146

AR000147

# ATTACHMENT K

AR000148

AR000149

AR000150

AR000151

CONFIDENTIAL/LES

AR000152

AR000153

AR000154

AR000155

# ATTACHMENT L

AR000156

AR000157

# CONFIDENTIAL/LES

AR000158

CONFIDENTIAL/LES

AR000159

# CONFIDENTIAL/LES

AR000160

AR000161

# ATTACHMENT M

AR000162

AR000163

AR000164

AR000165

AR000166

AR000167

# ATTACHMENT N

AR000168



AR000169



AR000170



AR000171

CONFIDENTIAL/LES

AR000172



AR000173



AR000174



AR000175

# ATTACHMENT O

AR000176



AR000177

AR000178

AR000179

AR000180

AR000181

AR000182

# ATTACHMENT P

AR000183

CONFIDENTIAL/LES

AR000184

**CONFIDENTIAL/LES**

AR000185



CONFIDENTIAL/LES

AR000186

# ATTACHMENT Q

AR000187

AR000188

AR000189

AR000190

AR000191

AR000192

AR000193

AR000194

AR000195

AR000196

AR000197

AR000198

AR000199

AR000200

AR000201

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

**Ninestar Corporation and its Zhuhai-based Subsidiaries and Facilities**
**Uyghur Forced Labor Prevention Act – Forced Labor Enforcement TF**
**Entity List Allegation Summary**: 26 January 2023

(FOUO) **Entity Identifying Information.**

Ninestar Corporation and its Zhuhai-based subsidiaries and facilities
No. 3883 Zhuhai Avenue, Xiangzhou District
Zhuhai, Guangdong 519075
https://www.ninestargroup.com/

纳思达股份有限公司
中国广东省珠海市香洲区珠海大道3883号
邮编：519075

(FOUO) Ninestar Corporation 纳思达股份有限公司 (Ninestar) is one of the top 500 listed companies in the People's Republic of China (PRC) and has become one of the four largest laser printer manufacturers in the world.  Ninestar has been listed on the Shenzhen Stock Exchange since 2014.  Major subsidiaries of Ninestar include Ninestar Information Technology, Pantum, Apexmic, Geehy Semiconductor, Lexmark International, G&G, G&G China, and Lexmark.   In 2021, there were 21,787 employees at Ninestar with an operating revenue of CNY 22.792 billon (~$3.3B USD).

CONFIDENTIAL / LES

(FOUO//LES) **Assessment Methodology**. In assessing the allegation, the agency conducted interviews of confidential human sources, email correspondence, and independent research to validate a reasonable level of suspicion that Ninestar participated in state sponsored labor transfer programs. The basis for this review is from the *UFLPA Section 2(d)(2)(B)(ii) – Entities working with the government of the Xinjiang Uyghur Autonomous Region to recruit, transport, transfer, harbor or receive forced labor or Uyghurs, Kazakhs, Kyrgyz, or members*

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

This document contains Law Enforcement Sensitive (LES) information that requires confidentiality protections because of the potential negative impact unauthorized disclosure would have on law enforcement activities and effectiveness. Unauthorized release of such information could interfere with law enforcement investigations and proceedings, deprive a person of a fair trial, disclose the identity of a confidential source, disclose techniques and procedures used by law enforcement which could be used to circumvent the law, endanger the physical safety of an individual, including a law enforcement officer, and undermine the agency's ability to receive information to facilitate its mission responsibilities.

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

*of other persecuted groups out of the Xinjiang Uyghur Autonomous Region.* This review process is specific to allegations received for additions to the UFLPA Entity List and the evidentiary standards established in statute and the Forced Labor Enforcement Task Force.



FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

This document contains Law Enforcement Sensitive (LES) information that requires confidentiality protections because of the potential negative impact unauthorized disclosure would have on law enforcement activities and effectiveness. Unauthorized release of such information could interfere with law enforcement investigations and proceedings, deprive a person of a fair trial, disclose the identity of a confidential source, disclose techniques and procedures used by law enforcement which could be used to circumvent the law, endanger the physical safety of an individual, including a law enforcement officer, and undermine the agency's ability to receive information to facilitate its mission responsibilities.

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE



FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

This document contains Law Enforcement Sensitive (LES) information that requires confidentiality protections because of the potential negative impact unauthorized disclosure would have on law enforcement activities and effectiveness. Unauthorized release of such information could interfere with law enforcement investigations and proceedings, deprive a person of a fair trial, disclose the identity of a confidential source, disclose techniques and procedures used by law enforcement which could be used to circumvent the law, endanger the physical safety of an individual, including a law enforcement officer, and undermine the agency's ability to receive information to facilitate its mission responsibilities.

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE



FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

This document contains Law Enforcement Sensitive (LES) information that requires confidentiality protections because of the potential negative impact unauthorized disclosure would have on law enforcement activities and effectiveness. Unauthorized release of such information could interfere with law enforcement investigations and proceedings, deprive a person of a fair trial, disclose the identity of a confidential source, disclose techniques and procedures used by law enforcement which could be used to circumvent the law, endanger the physical safety of an individual, including a law enforcement officer, and undermine the agency's ability to receive information to facilitate its mission responsibilities.

AR000205

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE



CONFIDENTIAL / LES

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

This document contains Law Enforcement Sensitive (LES) information that requires confidentiality protections because of the potential negative impact unauthorized disclosure would have on law enforcement activities and effectiveness. Unauthorized release of such information could interfere with law enforcement investigations and proceedings, deprive a person of a fair trial, disclose the identity of a confidential source, disclose techniques and procedures used by law enforcement which could be used to circumvent the law, endanger the physical safety of an individual, including a law enforcement officer, and undermine the agency's ability to receive information to facilitate its mission responsibilities.

AR000206

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE



CONFIDENTIAL / LES

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

This document contains Law Enforcement Sensitive (LES) information that requires confidentiality protections because of the potential negative impact unauthorized disclosure would have on law enforcement activities and effectiveness. Unauthorized release of such information could interfere with law enforcement investigations and proceedings, deprive a person of a fair trial, disclose the identity of a confidential source, disclose techniques and procedures used by law enforcement which could be used to circumvent the law, endanger the physical safety of an individual, including a law enforcement officer, and undermine the agency's ability to receive information to facilitate its mission responsibilities.

AR000207

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE



CONFIDENTIAL / LES

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

This document contains Law Enforcement Sensitive (LES) information that requires confidentiality protections because of the potential negative impact unauthorized disclosure would have on law enforcement activities and effectiveness. Unauthorized release of such information could interfere with law enforcement investigations and proceedings, deprive a person of a fair trial, disclose the identity of a confidential source, disclose techniques and procedures used by law enforcement which could be used to circumvent the law, endanger the physical safety of an individual, including a law enforcement officer, and undermine the agency's ability to receive information to facilitate its mission responsibilities.

AR000208

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE



CONFIDENTIAL / LES

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

This document contains Law Enforcement Sensitive (LES) information that requires confidentiality protections because of the potential negative impact unauthorized disclosure would have on law enforcement activities and effectiveness. Unauthorized release of such information could interfere with law enforcement investigations and proceedings, deprive a person of a fair trial, disclose the identity of a confidential source, disclose techniques and procedures used by law enforcement which could be used to circumvent the law, endanger the physical safety of an individual, including a law enforcement officer, and undermine the agency's ability to receive information to facilitate its mission responsibilities.

FOR OFFICIAL USE ONLY / LAW ENFORCEMENT SENSITIVE
BUSINESS CONFIDENTIAL INFORMATION

To support FLETF Recommendation 23-002 (Ninestar), the following includes information on Zhuhai Based Subsidiaries of Ninestar, the evidence of the subsidiaries' connection to Ninestar, and the Overall Trade Impact resulting from an import prohibition from the named parties.

- **(FOUO) Company Names of Subsidiaries of Ninestar in Zhuhai**
  - Zhuhai Ninestar Information Technology Co., Ltd.
  - Zhuhai Pantum Electronics Co., Ltd.
  - Zhuhai Apex Microelectronics Co., Ltd.
  - Geehy Semiconductor Co., Ltd.
  - Zhuhai Pu-Tech Industrial Co., Ltd.
  - Zhuhai G&G Digital Technology Co., Ltd.
  - Zhuhai Seine Printing Technology Co., Ltd.
  - Zhuhai Ninestar Management Co., Ltd.



CONFIDENTIAL / LES

FOR OFFICIAL USE ONLY / LAW ENFORCEMENT SENSITIVE
BUSINESS CONFIDENTIAL INFORMATION

FOR OFFICIAL USE ONLY / LAW ENFORCEMENT SENSITIVE
BUSINESS CONFIDENTIAL INFORMATION



FOR OFFICIAL USE ONLY / LAW ENFORCEMENT SENSITIVE
BUSINESS CONFIDENTIAL INFORMATION

FOR OFFICIAL USE ONLY / LAW ENFORCEMENT SENSITIVE
BUSINESS CONFIDENTIAL INFORMATION



CONFIDENTIAL / LES

FOR OFFICIAL USE ONLY / LAW ENFORCEMENT SENSITIVE
BUSINESS CONFIDENTIAL INFORMATION

AR000212



UFLPA Entity List
Recommendation:

**Ninestar Corporation**

FOR OFFICIAL USE ONLY

Ninestar is one of the world's largest producers of laser printers. The company's products also include, printing components, and integrated circuit chips, some of which are imported to the U.S.

IF ASKED: Ninestar and their subsidiaries' exports of printer units and printer parts account for a small percentage (under 3%) of US imports of printer units and printer parts globally

AR000213

# CONFIDENTIAL / LES



AR000214

CONFIDENTIAL / LES



AR000215

CONFIDENTIAL / LES



AR000216

CONFIDENTIAL / LES

AR000217

 **Sufficient reasonable cause to believe that Ninestar and its Zhuhai subsidiaries should be added to the UFLPA Entity List**

➢ Multiple primary and secondary sources serve to corroborate Ninestar's involvement with the Government of Xinjiang Uyghur Autonomous Region to recruit, transfer, harbor, or receive Uyghurs out of Xinjiang to work at Ninestar facilities in Zhuhai.

➢ Ninestar and its eight Zhuhai-based subsidiaries export printer units and printer parts to the United States.

FOR OFFICIAL USE ONLY
NOT FOR DISTRIBUTION

Section 2(d)(2)(B)(ii) of the act. Uyghurs AND forced labor

AR000218



Thank you!

➢Questions?

FOR OFFICIAL USE ONLY
NOT FOR DISTRIBUTION

AR000219

FOR OFFICIAL USE ONLY

**Forced Labor Enforcement Task Force Standard Operating Procedures**
**Uyghur Forced Labor Prevention Act Entity List**



FOR OFFICIAL USE ONLY

AR000220

FOR OFFICIAL USE ONLY



CONFIDENTIAL

2

AR000221

FOR OFFICIAL USE ONLY

# CONFIDENTIAL

3

AR000222

FOR OFFICIAL USE ONLY

# CONFIDENTIAL

FOR OFFICIAL USE ONLY

AR000223



5

AR000224

FOR OFFICIAL USE ONLY

# CONFIDENTIAL

AR000225

FOR OFFICIAL USE ONLY

# CONFIDENTIAL

FOR OFFICIAL USE ONLY

AR000226

FOR OFFICIAL USE ONLY

# CONFIDENTIAL

FOR OFFICIAL USE ONLY

AR000227

FOR OFFICIAL USE ONLY

# CONFIDENTIAL

FOR OFFICIAL USE ONLY

AR000228