UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD.,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, in his official capacity as the Secretary of the Department of Homeland Security; TROY A. MILLER, in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection; and ROBERT SILVERS, in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force,<br><br>  Defendants. | Before:  Gary S. Katzmann, Judge<br>Court No. 23-00182 |

**ORDER**

The court having received both Plaintiffs' Motion for Preliminary Injunction, Aug. 22, 2023, ECF No. 9, and Defendants' Motion to Dismiss and Opposition to Plaintiffs' Motion for a Preliminary Injunction ("Motion to Dismiss"), Oct. 3, 2023, ECF No. 24, it is hereby:

**ORDERED** that, unless further modified by court order on motion of a party, Plaintiffs' response to the Motion to Dismiss must be filed by November 7, 2023, and Defendants' reply must be filed within twenty-one days after service of the response, see USCIT R. 7(d); and it is further

**ORDERED** that Plaintiffs' response to the Motion to Dismiss may include a reply regarding the Motion for Preliminary Injunction; and it is further

**ORDERED** that a hearing to consider both the Motion for Preliminary Injunction and the Motion to Dismiss will be scheduled for a date that is after the filing of the reply brief for the Motion to Dismiss.

/s/      Gary S. Katzmann
Judge

Dated: October 4, 2023
         New York, New York