UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, in his official capacity as the Secretary of the Department of Homeland Security; TROY A. MILLER, in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection; and ROBERT SILVERS, in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force, <br><br> Defendants. | Before: Gary S. Katzmann, Judge <br> Court No. 23-00182 |

**ORDER**

The court having received Plaintiffs' Expedited Motion to Amend the Scheduling Order ("Motion to Amend"), Oct. 6, 2023, ECF No. 27, in which Plaintiffs request the court to (1) grant Plaintiffs leave to file a reply in support of their Motion for Preliminary Injunction by October 13,

2023; (2) set a hearing on the Motion for Preliminary Injunction no later than October 20, 2023; and (3) stay briefing on Defendants' Motion to Dismiss; it is hereby:

**ORDERED** that Plaintiffs' request for leave to file a reply in support of the Motion for Preliminary Injunction by October 13, 2023, is **GRANTED**; and it is further

**ORDERED** that Defendants respond, with proposed dates if applicable, to the Motion to Amend by October 13, 2023, insofar as the Motion to Amend relates to Plaintiffs' requests to (2) set a hearing on the Motion for Preliminary Injunction no later than October 20, 2023, and (3) stay briefing on the Motion to Dismiss.

/s/   Gary S. Katzmann
Judge

Dated: October 10, 2023
New York, New York