UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, in his official capacity as the Secretary of the Department of Homeland Security; TROY A. MILLER, in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection; and ROBERT SILVERS, in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force, <br><br> Defendants. | Before: Gary S. Katzmann, Judge <br> Court No. 23-00182 |

**ORDER**

The court having received Plaintiffs' Expedited Motion to Amend the Scheduling Order, Oct. 6, 2023, ECF No. 27, Defendants' Opposition to Plaintiffs' Expedited Motion to Amend the

Scheduling Order, Oct. 13, 2023, ECF No. 29, and Plaintiffs' Reply in Support of Their Motion for Preliminary Injunction, Oct. 13, 2023, ECF No. 31; it is hereby:

**ORDERED** that a status conference, during which the parties' intentions regarding the conduct of the preliminary injunction hearing will be discussed, is scheduled for Tuesday, October 24, 2023, at 10:00 a.m. Eastern Time ("ET") via Microsoft Teams; and it is further

**ORDERED** that a hearing on Plaintiffs' Motion for Preliminary Injunction is scheduled for Thursday, November 2, 2023, at 10:00 a.m. ET at the U.S. Court of International Trade in New York, New York, in Courtroom No. 1; and it is further

**ORDERED** that any motions concerning the redacted information in the Administrative Record, Oct. 3, 2023, ECF Nos. 24-1 & 25-1, or concerning the Judicial Protective Order, Aug. 31, 2023, ECF No. 18, must be filed by Friday, October 20, 2023, at latest; and it is further

**ORDERED** that the briefing schedule for the response and reply to Defendants' Motion to Dismiss, Oct. 3, 2023, ECF No. 25, remains unchanged.  See U.S. Ass'n of Importers of Textiles & Apparel v. U.S. Dep't of Com., 413 F.3d 1344, 1348 (Fed. Cir. 2005) ("We see no abuse of discretion in the trial court's decision to delay consideration of the government's motion to dismiss until briefing was completed.").  The response is due by November 7, 2023, and the reply is due twenty-one days after the date of filing.

/s/     *Gary S. Katzmann*
Judge

Dated: October 16, 2023
         New York, New York