# United States Court of International Trade
## Honorable Gary S. Katzmann

### Appearance Sheet

Docket No. 23-00182
October 24, 2023 – Status Conference via Microsoft Teams
10:00 a.m.
Jurisdiction 1581(i)

Ninestar Corporation et al,
Plaintiffs,
v.
United States et al
Defendants.

___

### Counsel

**Plaintiff**
**Gordon D. Todd**
**Cody Matthew Adkins**
**Michael E. Murphy**
Sidley Austin, LLP

**Defendant**
**Monica Perrette Triana**
**Guy R. Eddon**
**Justin R. Miller**
U.S. Department of Justice