**Privilege Redaction Log[1] – Ninestar Corporation v. United States, Court No. 23-00182**

|   | Bates No. | Record Type | Date(s) | Description | Author(s) | Privilege |
|---|---|---|---|---|---|---|
| 1 | AR000001-2 | Internal Document | 05/24/2023 | Memorandum for the Forced Labor Enforcement Task Force (FLETF) Member Agencies – 23-002: Addition of Ninestar Corporation and its Eight Zhuhai-Based Subsidiaries to the Uyghur Forced Labor Prevention Act Entity List | Silvers, Robert | Law Enforcement Privilege/Informant Privilege: Redacted: Information that reveals or has the reasonable tendency to reveal the identity of a confidential informant and third-party sources that have provided information about the existence of Uyghur labor at plaintiffs' facilities to U.S. Customs and Border Protection under an assurance of confidentiality. |
| 2 | AR000003-17 | Internal Document | 05/24/2023 | Attachment 1 to the Memorandum for the FLETF Member Agencies – Uyghur Forced Labor Prevention Act (UFLPA) Entity List Package 23-002 | Silvers, Robert | Law Enforcement Privilege/Informant Privilege: Redacted: Information that reveals or has the reasonable tendency to reveal the identity of a confidential informant and third-party sources that have provided information about the existence of Uyghur labor at plaintiffs' facilities to U.S. Customs and Border Protection under an assurance of confidentiality. |

---

[1] Administrative records do not include privileged materials, such as documents that fall within the deliberative process privilege, attorney-client privilege, and work product privilege, therefore privilege logs are not typically required. *See Town of Norfolk v. U.S. Army Corps of Eng'rs*, 968 F.2d 1438, 1457-58 (1st Cir. 1992); *New York v. Salazar*, 701 F. Supp. 2d 224, 236 (N.D.N.Y. 2010) ("[A]s a matter of law, privileged documents are not part of the administrative record."); *see also*, *Tafas v. Dudas*, 530 F. Supp. 2d 786 (E.D. Va. 2008).

| | Bates No. | Record Type | Date(s) | Description | Author(s) | Privilege |
|---|---|---|---|---|---|---|
| 3 | AR000202-209 | Internal Document | 01/26/2023 | Ninestar Corporation and its Eight Zhuhai-Based Subsidiaries and Facilities: Uyghur Forced Labor Prevention Act – Forced Labor Enforcement TF Entity List Allegation Review Record | N/A | Law Enforcement Privilege/Informant Privilege: Redacted: Information that reveals or has the reasonable tendency to reveal the identity of a confidential informant and third-party sources that have provided information about the existence of Uyghur labor at plaintiffs' facilities to U.S. Customs and Border Protection under an assurance of confidentiality. |
| 4 | AR000210-212 | Internal Document | 05/04/2023 | Zhuhai-Based Subsidiaries of Ninestar and Overall Trade Impact | N/A | Law Enforcement Privilege/Informant Privilege: Redacted: Information that reveals or has the reasonable tendency to reveal the identity of a confidential informant and third-party sources that have provided information about the existence of Uyghur labor at plaintiffs' facilities to U.S. Customs and Border Protection under an assurance of confidentiality. |
| 5 | AR000213-219 | Internal Document | 03/07/02023 | UFLPA Entity List Recommendation: Ninestar Corporation | N/A | Law Enforcement Privilege/Informant Privilege: Redacted: Information that reveals or has the reasonable tendency to reveal the identity of a confidential informant and third-party sources that have provided information about the existence of Uyghur labor at plaintiffs' facilities to U.S. Customs and Border Protection under an assurance of confidentiality. |