UNITED STATES COURT OF INTERNATIONAL TRADE

HONORABLE GARY S. KATZMANN, JUDGE

|  |  |  |
|---|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD., | : : : : : : : : : | |
| Plaintiffs, | : : | Court No. 23-00182 |
| v. | : : | |
| UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, in his official capacity as the Secretary of the Department of Homeland Security; TROY A. MILLER, in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection; and ROBERT SILVERS, in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force, | : : : : : : : : : : : : : : | |
| Defendants. | : : | |

## **ORDER**

Upon reading defendants' motion to treat certain portions of the administrative record as highly sensitive documents, and upon consideration of other papers and proceedings had herein; it is hereby

ORDERED that defendants' motion be, and hereby is, granted; and it is further

ORDERED that the five paper copies of the fully unredacted administrative record

submitted to the Clerk of the Court are accepted by the Court as highly sensitive

documents pursuant to Administrative Order 21-01.

_____

GARY S. KATZMANN, JUDGE

Dated: _____, 2023
       New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE

HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, in his official capacity as the Secretary of the Department of Homeland Security; TROY A. MILLER, in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection; and ROBERT SILVERS, in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force, <br><br> Defendants. | Court No. 23-00182 |

## MOTION TO TREAT CERTAIN PORTIONS OF THE ADMINISTRATIVE RECORD AS HIGHLY SENSITIVE DOCUMENTS

Pursuant to the Court's Order dated October 27, 2023 (ECF no. 44), the Court's procedures outlined in Administrative Order 21-01, and the parties' obligations under 28 U.S.C. § 2635(d), Defendants respectfully move the Court to treat certain portions of the administrative record as highly sensitive documents.  The fully unredacted version of the administrative record in this matter contains certain privileged information of such a high level of sensitivity that, if disseminated, could pose a danger of physical harm to certain persons.  Accordingly, there is a clear and compelling need to avoid filing the unredacted administrative record on the CM/ECF

system.  See Admin. Order 21-01, at 1.  A public and redacted version of the administrative

record has already been filed with the Court via CM/ECF.  ECF No. 24-1.

To allow the fully unredacted version of the administrative record in this matter to be

submitted for in camera review by the Court, the Government respectfully requests that the Court

enter the attached order.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

CLAUDIA BURKE
Deputy Director

By:     /s/ Justin R. Miller
        JUSTIN R. MILLER
        Attorney-In-Charge
        International Trade Field Office

        /s/ Monica P. Triana
        MONICA P. TRIANA
        Senior Trial Counsel

        /s/ Guy Eddon
        GUY EDDON
        Trial Attorney
        Department of Justice, Civil Division
        Commercial Litigation Branch
        26 Federal Plaza – Room 346
        New York, New York 10278
        Tel. (212) 264-9240 or 9230
        *Attorneys for Defendants*

Dated:  October 30, 2023