## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, *in his official capacity as the Secretary of the Department of Homeland Security*; TROY A. MILLER, *in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection*; and ROBERT SILVERS, *in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force*,<br><br>*Defendants*. | Before: Gary S. Katzmann, Judge<br>Case No. 23-00182 |

## CONSENT MOTION TO MODIFY THE SCHEDULE

Plaintiffs respectfully move the Court for an order amending the schedule in several respects. Defendants consent to the relief requested.

As discussed during the October 31, 2023 status conference, the parties have been exploring preliminarily the possibility of negotiating a process for the FLETF's consideration of a request for removal by Ninestar.  To allow the parties time to negotiate the procedures for such a process, the parties agreed that the hearing on Plaintiff's pending motion for a preliminary injunction, originally scheduled for November 2, should be rescheduled to November 16, 2023.  The parties further agree that they should report back to the Court in advance of that hearing on November 13, 2023, to apprise the Court as to their progress and whether the preliminary injunction hearing should proceed on November 16.

Also forthcoming is Plaintiffs' response to Defendants' motion to dismiss the Complaint, ECF No. 24, which is currently due to be filed on November 7, 2023.  To allow Plaintiffs to focus on the potential negotiated resolution, Plaintiffs respectfully move the Court to extend the time to respond to Defendants' motion to dismiss.

Therefore, Plaintiffs move the Court for an order: (1) rescheduling the hearing on Plaintiffs' motion for a preliminary injunction to November 16, 2023; (2) setting a deadline of November 13, 2023, for the parties to file a joint status report; and (3) extending the briefing schedule on Defendants' motion to dismiss, ECF No. 24, for two weeks, commensurate with the extension of the time for the hearing on the motion for a preliminary injunction.

Dated: November 1, 2023

Respectfully submitted,

*/s/ Gordon D. Todd*

MICHAEL E. MURPHY
GORDON D. TODD
MICHAEL E. BORDEN
CODY M. AKINS
SIDLEY AUSTIN LLP

1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8760
gtodd@sidley.com

*Counsel for Plaintiffs*

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, *in his official capacity as the Secretary of the Department of Homeland Security*; TROY A. MILLER, *in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection*; and ROBERT SILVERS, *in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force*,<br><br>*Defendants*. | Before: Gary S. Katzmann, Judge<br>Case No. 23-00182 |

## **ORDER**

Plaintiffs' Consent Motion to Modify the Schedule, ECF No. 52, is **GRANTED**.  It is hereby:

Court No. 23-00182                                                                                      Page 2

**ORDERED** that the hearing on Plaintiffs' Motion for a Preliminary Injunction is rescheduled to November 16, 2023; and it is further

**ORDERED** that the parties shall file a status report regarding their efforts to reach a negotiated resolution by November 13, 2023; and it is further

**ORDERED** that briefing on the Defendants' motion to dismiss, ECF No. 24, is extended for two weeks, commensurate with the extension of time for the hearing on the motion for the preliminary injunction.

Issued this \_\_\_\_ day of _____, 2023

_____
Gary S. Katzmann, Judge