UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, *in his official capacity as the Secretary of the Department of Homeland Security*; TROY A. MILLER, *in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection*; and ROBERT SILVERS, *in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force*,<br><br>*Defendants*. | Before: Gary S. Katzmann, Judge<br>Case No. 23-00182 |

**JOINT STATUS REPORT AND MOTION TO MODIFY THE SCHEDULE**

The parties respectfully submit this status report with respect to their progress working on a path towards a non-litigated resolution of this matter, and jointly move the Court to postpone

by a further two weeks the hearing on Plaintiffs' motion for a preliminary injunction and the due date for Plaintiffs' response to Defendants' motion to dismiss.

As discussed during the October 31, 2023 status conference, and as noted in the consent motion of November 1, the parties have been exploring the possibility of negotiating a process for the FLETF's consideration of a request for removal from the UFLPA entity list by Ninestar. *See* ECF No. 52.  To facilitate those discussions, the Court postponed the hearing on Plaintiffs' motion for a preliminary injunction from November 2 to November 16, and ordered that the "parties shall file a status report regarding their efforts to reach a negotiated resolution by November 13, 2023."  ECF No. 53-1.

Plaintiffs state that they have provided Defendants with a proposed settlement process that would include disclosing additional information from the administrative record to Ninestar and establishing procedures for consideration of Ninestar's request for removal. Defendants state that they are considering plaintiff's proposal in coordination with all FLETF members but require additional time to complete their deliberations with the nine FLETF agencies and return a proposal to Plaintiffs.

In view of parties' representation, the parties jointly ask the Court to further postpone the hearing on Plaintiffs' motion for a preliminary injunction by a further two weeks to on or about November 30, 2023, with a status report due to the Court on November 27, 2023.  The parties also jointly request that briefing on Defendants' motion to dismiss, ECF No. 24, be extended for an additional two weeks, commensurate with the extension of time for the hearing on the preliminary-injunction motion.

Dated: November 13, 2023

Respectfully submitted,

/s/ Gordon D. Todd

MICHAEL E. MURPHY
GORDON D. TODD
MICHAEL E. BORDEN
CODY M. AKINS
SIDLEY AUSTIN LLP

1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8760
gtodd@sidley.com

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

CLAUDIA BURKE
Deputy Director

By: /s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Monica P. Triana
MONICA P. TRIANA
Senior Trial Counsel

/s/ Guy Eddon
GUY EDDON
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Room 346
New York, New York 10278
Tel. (212) 264-9240 or 9230
*Attorneys for Defendants*

3

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, *in his official capacity as the Secretary of the Department of Homeland Security*; TROY A. MILLER, *in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection*; and ROBERT SILVERS, *in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force*,<br><br>*Defendants*. | Before: Gary S. Katzmann, Judge<br>Case No. 23-00182 |

**ORDER**

The parties' Joint Motion to Modify the Schedule, ECF No. 54, is **GRANTED**. It is hereby:

**ORDERED** that the hearing on Plaintiffs' Motion for a Preliminary Injunction is rescheduled to November 30, 2023; and it is further

**ORDERED** that the parties shall file a status report regarding their efforts to reach a negotiated resolution by November 27, 2023; and it is further

**ORDERED** that briefing on the Defendants' motion to dismiss, ECF No. 24, is extended for an additional two weeks.  Plaintiffs' response is now due December 5, 2023.


Issued this _____ day of _____, 2023

_____
Gary S. Katzmann, Judge