UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD.,<br><br>       Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, in his official capacity as the Secretary of the Department of Homeland Security; TROY A. MILLER, in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection; and ROBERT SILVERS, in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force,<br><br>       Defendants. | Before:  Gary S. Katzmann, Judge<br>Court No. 23-00182 |

**ORDER**

  The parties' Joint Motion to Modify the Schedule, Nov. 13, 2023, ECF No. 55, is **GRANTED**.  It is hereby:

Court No. 23-00182                                                                                                       Page 2

**ORDERED** that the hearing on Plaintiffs' Motion for a Preliminary Injunction, Aug. 22, 2023, ECF No. 9, is rescheduled to December 7, 2023; and it is further

**ORDERED** that the parties shall file a status report regarding their efforts to reach a negotiated resolution by December 4, 2023; and it is further

**ORDERED** that briefing on Defendants' Motion to Dismiss, Oct. 3, 2023, ECF No. 24, is extended for an additional three weeks. Plaintiffs' response is now due by December 12, 2023, and the reply is due twenty-one days after the date of filing.

                                                                          /s/      Gary S. Katzmann
                                                                                   Judge

Dated: November 15, 2023
       New York, New York