UNITED STATES COURT OF INTERNATIONAL TRADE

HONORABLE GARY S. KATZMANN, JUDGE

| | | |
|---|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD., | : | |
| Plaintiffs, | : | |
| v. | : | Court No. 23-00182 |
| UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, in his official capacity as the Secretary of the Department of Homeland Security; TROY A. MILLER, in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection; and ROBERT SILVERS, in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force, | : | |
| Defendants. | : | |

## DEFENDANTS' PROPOSED SCHEDULE

Pursuant to the Court's request during the hearing held on December 5, 2023, defendants respectfully propose that the schedule set forth below govern the remainder of the anticipated proceedings in this action, and request that the Court enter an order effectuating the same. Although defendants more typically would propose a schedule that resolves any dispositive and record issues before merits briefing, in the interest of expediting the review, defendants propose that such issues be briefed concurrently as reflected in the schedule below. Defendants consulted plaintiffs' counsel regarding the filing of this proposed schedule, who indicated that Ninestar

opposes the Government's proposal.

- Plaintiffs' pending motion for a preliminary injunction is denied as moot without prejudice to a renewed motion for a preliminary injunction following the filing of the amended complaint.

- Defendants' pending motion to dismiss is denied as moot without prejudice to a renewed motion to dismiss following the filing of the amended complaint.

- Defendants shall respond to the first amended complaint by December 20, 2023, and a response may include a motion to dismiss pursuant to USCIT Rule 12.

- Plaintiffs shall file a motion for judgment on the agency record by December 20, 2023, pursuant to USCIT Rule 56.1.

- Defendants shall file their response to plaintiffs' motion to unseal and unredact the administrative record by January 3, 2024.

- Defendants shall file their response to the motion for judgment on the agency record by January 24, 2024.

- In the event defendants file a motion to dismiss in response to the first amended complaint, plaintiffs shall file their response to the motion to dismiss by January 24, 2024.

- Plaintiffs shall file their reply in support of the motion for judgment on the agency record by February 14, 2024.

- In the event defendants file a motion to dismiss in response to the first amended complaint, defendants shall file their reply in support of the motion to dismiss by February 14, 2024.

- Oral argument for the various motions will be scheduled on consultation with the parties.

Also, today, plaintiffs filed an extensive letter, without leave, arguing that the hearing currently scheduled for December 7, 2023, should proceed forward notwithstanding the inefficiencies that would result with such an approach. If the Court considers this letter brief, we respectfully request leave to file a short response today.

Respectfully submitted,

                                BRIAN M. BOYNTON
                                Principal Deputy Assistant Attorney General
                                Civil Division

                                PATRICIA M. McCARTHY
                                Director

                                CLAUDIA BURKE
                                Deputy Director

                        By:     /s/ Justin R. Miller
                                JUSTIN R. MILLER
                                Attorney-In-Charge
                                International Trade Field Office

                                /s/ Monica P. Triana
                                MONICA P. TRIANA
                                Senior Trial Counsel

                                /s/ Guy Eddon
                                GUY EDDON
                                Trial Attorney
                                Department of Justice, Civil Division
                                Commercial Litigation Branch
                                26 Federal Plaza – Room 346
                                New York, New York 10278
                                Tel. (212) 264-9240 or 9230
                                *Attorneys for Defendants*

Dated: December 6, 2023