UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, in his official capacity as the Secretary of the Department of Homeland Security; TROY A. MILLER, in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection; and ROBERT SILVERS, in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force, <br><br> Defendants. | Before: Gary S. Katzmann, Judge <br> Court No. 23-00182 |

**ORDER**

The court having received the parties' Joint Status Report, Dec. 4, 2023, ECF No. 59;

Plaintiffs' Motion to Unseal and Unredact the Administrative Record, Dec. 4, 2023, ECF No. 60;

Plaintiffs' Motion for Leave to File an Amended Complaint, Dec. 6, 2023, ECF No. 64; Plaintiffs'

Letter to the Court, Dec. 6, 2023, ECF No. 65; Defendants' Proposed Schedule, Dec. 6, 2023, ECF No. 66; and Plaintiffs' Response to Defendants' Proposed Schedule, Dec. 6, 2023, ECF No. 67; it is hereby:

**ORDERED** that Plaintiffs' Motion for Leave to File an Amended Complaint is **GRANTED**, and the Amended Complaint, Dec. 6, 2023, ECF No. 64-1, is now deemed **FILED**; and it is further

**ORDERED** that the hearing on Plaintiffs' Motion for a Preliminary Injunction, Aug. 22, 2023, ECF No. 9, is accordingly **POSTPONED** and will be rescheduled to a later date; and it is further

**ORDERED** that Defendants' request for leave, see Defs.' Proposed Sched. at 2, to file a short response to Plaintiffs' Letter to the Court, Dec. 6, 2023, ECF No. 65, is **GRANTED**, and such filing will be made by 5 p.m. today; and it is further

**ORDERED** that Plaintiffs "propose an alternative schedule or work with the Government on a mutually agreeable schedule" via another filing by tomorrow, December 7, 2023, at 12 p.m. ET.  See Pls.' Resp. to Defs.' Proposed Sched. at 3.  Such schedule will address litigation concerning the motion for preliminary injunction, motion to dismiss, motions regarding the record, and motion for judgment on the agency record.  Such filing will also address the impact of filing the Amended Complaint, which contains additional counts for relief, on the scope of Plaintiffs' Motion for Preliminary Injunction, as filed on August 22, 2023.

Upon review of those filings, the court will issue a scheduling order in this case.

**SO ORDERED.**

                       /s/  Gary S. Katzmann
                            Judge

Dated: December 6, 2023
   New York, New York