UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD.,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, *in his official capacity as the Secretary of the Department of Homeland Security*; TROY A. MILLER, *in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection*; and ROBERT SILVERS, *in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force*,<br><br>*Defendants*. | Before: Gary S. Katzmann, Judge<br>Case No. 23-00182 |

**PLAINTIFFS' PROPOSED SCHEDULE**

Pursuant to the Court's December 6 Order, ECF No. 68, Plaintiffs respectfully submit the following proposed schedule to govern the remainder of this litigation. This schedule is as

expedient as the Government's, but also recognizes that the preliminary-injunction motion and motion to unseal and unredact the Administrative Record should be resolved before briefing a motion for judgment.[1]  *See Univ. of Tex. v. Camenisch*, 451 U.S. 390, 395 (1981); ECF No. 60 at 3–4.

| Date | Party | Action |
|---|---|---|
| December 15 | Plaintiffs | Supplemental 15 page brief in support of postponed preliminary injunction motion |
| December 20 | Defendants | Opposition to Motion to Unseal and Unredact the Administrative Record (Motion was filed on December 4 but Defendants have had a copy since November 20; Response is currently due December 26) |
| December 20 | Defendants | Answer to First Amended Complaint; Response may also include filing a renewed Motion to Dismiss |
| December 29 | Defendants | Supplemental 15 page brief in opposition to postponed preliminary injunction motion |
| December 29 | Plaintiffs | Reply in support of Motion to Unseal and Unredact |
| January 5 | Plaintiffs | Supplemental 10 page reply in support of postponed preliminary injunction motion |
| January 8-12 | All | Argument and Disposition of PI and Redaction Motions |
| January 19 | Plaintiffs | Opposition to Motion to Dismiss (if filed) |
| January 22 | Plaintiffs | Motion for Judgment on the Agency Record |
| January 22 | Plaintiffs | Motion to Supplement the Administrative Record (if any) |
| February 2 | Defendants | Reply in Support of Motion to Dismiss (if filed) |
| February 21 | Defendants | Opposition to Motion for Judgment |
| February 21 | Defendants | Opposition to Motion to Supplement the Record (if any) |

---

[1] Plaintiffs have consulted with Defendants regarding the schedule.  Plaintiffs provided Defendants with a first proposed schedule on the evening of December 6.  This morning, before Defendants' counsel responded, Plaintiffs' counsel provided this revised schedule, which more closely tracks Defendants' proposal.  As of this filing, we understand that Defendants' counsel has not had an opportunity to review this proposal with their clients but will do so expeditiously.

| | | |
|---|---|---|
| March 8 | Plaintiffs | Reply in Support of Motion for Judgment |
| March 8 | Plaintiffs | Reply in Support of Motion to Supplement |
| TBD | All | Hearing and Disposition of all Pending Motions |

Dated:  December 7, 2023

    Respectfully submitted,

    */s/ Gordon D. Todd*

    MICHAEL E. MURPHY
    GORDON D. TODD
    MICHAEL E. BORDEN
    CODY M. AKINS
    SIDLEY AUSTIN LLP

    1501 K Street, N.W.
    Washington, D.C. 20005
    (202) 736-8760
    gtodd@sidley.com

    *Counsel for Plaintiffs*