## UNITED STATES COURT OF INTERNATIONAL TRADE

HONORABLE GARY S. KATZMANN, JUDGE

———————————————————————— :
                                               :
NINESTAR CORPORATION, ZHUHAI NINESTAR          :
INFORMATION TECHNOLOGY CO., LTD., ZHUHAI       :
PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX      :
MICROELECTRONICS CO., LTD., GEEHY              :
SEMICONDUCTOR CO., LTD., ZHUHAI G&G            :
DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE     :
PRINTING TECHNOLOGY CO., LTD., and ZHUHAI      :
NINESTAR MANAGEMENT CO., LTD.,                 :
                                               :
                    Plaintiffs,                :
                                               :     Court No. 23-00182
          v.                                   :
                                               :
UNITED STATES OF AMERICA; DEPARTMENT OF        :
HOMELAND SECURITY; UNITED STATES               :
CUSTOMS AND BORDER PROTECTION; FORCED          :
LABOR ENFORCEMENT TASK FORCE;                  :
ALEJANDRO MAYORKAS, in his official capacity as :
the Secretary of the Department of Homeland Security; :
TROY A. MILLER, in his official capacity as the Senior :
Official Performing the Duties of the Commissioner for :
U.S. Customs and Border Protection; and        :
ROBERT SILVERS, in his official capacity as Under :
Secretary for Office of Strategy, Policy, and Plans and :
Chair of the Forced Labor Enforcement Task Force, :
                                               :
                    Defendants.                :
———————————————————————— :

## **ORDER**

Upon reading defendant's motion to extend the time to file a proposed schedule, in

accordance with the Court's order of December 6, 2023, and upon consideration of other papers

and proceedings had herein; it is hereby

ORDERED that defendant's motion be, and hereby is, granted; and it is further

ORDERED that defendant's time to file a proposed schedule is extended from 12:00 pm

to 5:00pm EDT on December 7, 2023.


_____

GARY S. KATZMANN, JUDGE


Dated: New York, New York
      This    day of    December, 2023

**UNITED STATES COURT OF INTERNATIONAL TRADE**

HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD., | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Plaintiffs, | : |
| | :     Court No. 23-00182 |
| v. | : |
| | : |
| UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, in his official capacity as the Secretary of the Department of Homeland Security; TROY A. MILLER, in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection; and ROBERT SILVERS, in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : <br> : |

## <u>DEFENDANT'S MOTION TO EXTEND THE TIME TO FILE A PROPSED SCHEUDLE</u>

The United States (Government), defendant, pursuant to Rules 6 and 7 of the

United States Court of International Trade (USCIT), respectfully moves this Court for

an extension of time of five hours, from 12:00 pm EDT to 5:00 pm EDT, on December

7, 2023, to respond to plaintiffs' proposed schedule. This is defendant's first request

for an extension of time for this purpose.

When a motion is made prior to a filing deadline, the Court may, for good cause, extend the time within which a party must act.  USCIT Rule 6(b)(1)(A).  "Good cause requires the moving party to show that the deadline for which an extension is sought cannot reasonably be met despite the movant's diligent efforts to comply with the schedule."  *See Mondiv, Division of Lassonde Specialties Inc. v. United States*, 16-00038, Dkt. 28 (*citing HighPoint Design LLC v. Buyers Direct, Inc.*, 730 F.3d 1301, 1319 (Fed. Cir. 2013)).

Good cause exists for the relief requested.  On December 6, 2023, the Court entered an order directing, in part:

> that Plaintiffs "propose an alternative schedule or work with the Government on a mutually agreeable schedule" via another filing by tomorrow, December 7, 2023, at 12 p.m. ET. See Pls.' Resp. to Defs.' Proposed Sched. at 3. Such schedule will address litigation concerning the motion for preliminary injunction, motion to dismiss, motions regarding the record, and motion for judgment on the agency record. Such filing will also address the impact of filing the Amended Complaint, which contains additional counts for relief, on the scope of Plaintiffs' Motion for Preliminary Injunction, as filed on August 22, 2023.

On December 6th, at 8:39 pm EDT, plaintiff provided its initial version of a proposed schedule.  Then, the next day, at 9:59 am EDT, plaintiff circulated a revised proposal that significantly departed from its initial proposed schedule.  Given the short time frame between the circulation of the revised proposal and the deadline for the filing, and our intention to work with plaintiffs' copunsel to achieve a joint filing, the Government has not had an opportunity to review and analyze the proposal with its clients.  Accordinlgy, the Government respectfully requests an extension of time of five hours, from 12:00 pm EDT to 5:00 pm EDT, on December 7th to file its response to

2

plaintiffs' proposed schedule.  Regrettably, we did not have time to confer with plaitniffs'

counsel regarding this request.

      WHEREFORE, defendant respectfully requests that its motion be granted.

                Respectfully submitted,

                BRIAN M. BOYNTON
                Principal Deputy Assistant Attorney General
                Civil Division

                PATRICIA M. McCARTHY
                Director

                /s/ Justin R. Miller
     By:    JUSTIN R. MILLER
                Attorney-In-Charge
                International Trade Field Office

                /s/ Monica P. Triana
                MONICA P. TRIANA
                Senior Trial Counsel

                /s/ Guy Eddon
                GUY EDDON
                Trial Attorney
                Department of Justice, Civil Division
                Commercial Litigation Branch
                26 Federal Plaza – Room 346
                New York, New York 10278
                Tel. (212) 264-9240 or 9230
Date:  December 7, 2023      *Attorneys for Defendant*