UNITED STATES COURT OF INTERNATIONAL TRADE

HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD., | |
| Plaintiffs, | |
| v. | Court No. 23-00182 |
| UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, in his official capacity as the Secretary of the Department of Homeland Security; TROY A. MILLER, in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection; and ROBERT SILVERS, in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force, | |
| Defendants. | |

## DEFENDANTS' REVISED PROPOSED SCHEDULE

Defendants respectfully submit this proposed schedule in response to the proposed schedule submitted by plaintiffs, in accordance with the December 6, 2023 order of the Court.

| **Date** | **Party** | **Action** |
|---|---|---|
| December 15 | Plaintiffs | Supplemental 15-page brief in support of plaintiffs' pending motion for a preliminary injunction. The arguments of the supplemental brief shall be limited to counts 2, 3, and 4 of plaintiffs' amended complaint. |
| December 22 | Defendants | Response to the amended complaint, which may include a motion to dismiss pursuant to USCIT Rule 12. |
| January 5 | Defendants | Response to plaintiffs' motion to unseal and unredact the administrative record. |
| January 12 | Defendants | Supplemental 15-page brief in response to plaintiffs' supplemental brief involving the pending motion for a preliminary injunction. |
| January 19 | Plaintiffs | Response to motion to dismiss (if a motion is filed by defendants). |
| January 22 | Plaintiffs | Motion for judgment on the agency record pursuant to USCIT Rule 56.1. |
| January 22 | Plaintiffs | Motion to correct the administrative record (if one is filed by plaintiffs). |
| January 22-26 | All | Oral argument for the motions for a preliminary injunction and to unseal and unredact the administrative record. |
| February 2 | Defendants | Reply brief in support of motion to dismiss (if a motion is filed by defendants). |
| February 21 | Defendants | Response to the motion for judgment on the agency record. |
| February 21 | Defendants | Response to plaintiffs' motion to correct the administrative record (if a motion is filed by plaintiffs). |
| March 8 | Plaintiffs | Reply in support of the motion for judgment on the agency record. |
| TBD | All | Oral argument for any remaining pending motions. |

                     Respectfully submitted,
                     BRIAN M. BOYNTON
                     Principal Deputy Assistant Attorney General
                     Civil Division

                     PATRICIA M. McCARTHY
                     Director

                     CLAUDIA BURKE
                     Deputy Director

By:      /s/ Justin R. Miller
                     JUSTIN R. MILLER
                     Attorney-In-Charge
                     International Trade Field Office

                     /s/ Monica P. Triana
                     MONICA P. TRIANA
                     Senior Trial Counsel

                     /s/ Guy Eddon
                     GUY EDDON
                     Trial Attorney
                     Department of Justice, Civil Division
                     Commercial Litigation Branch
                     26 Federal Plaza – Room 346
                     New York, New York 10278
                     Tel. (212) 264-9240 or 9230
                     *Attorneys for Defendants*

Dated:  December 7, 2023