UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, in his official capacity as the Secretary of the Department of Homeland Security; TROY A. MILLER, in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection; and ROBERT SILVERS, in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force, <br><br> Defendants. | Before: Gary S. Katzmann, Judge <br> Court No. 23-00182 |

**ORDER**

The court having received Defendants' Response to Plaintiffs' Letter to the Court, Dec. 6, 2023, ECF No. 70; Plaintiffs' Proposed Schedule, Dec. 7, 2023, ECF No. 72; Defendants' Revised

Proposed Schedule, Dec. 7, 2023, ECF No. 75; and Plaintiffs' Motion for Leave to File Response to Defendants' Proposed Schedule, Dec. 7, 2023, ECF No. 76; it is hereby:

**ORDERED** that Defendants' pending Motion to Dismiss, Dec. 3, 2023, ECF No. 24, is **DENIED AS MOOT** without prejudice to a renewed motion to dismiss following the filing of the Amended Complaint, Dec. 6, 2023, ECF No. 71; and it is further

**ORDERED** that Plaintiffs' Motion for Leave to File Response to Defendants' Proposed Schedule, Dec. 7, 2023, ECF No. 76, is **GRANTED**; and it is further

**ORDERED** that this litigation will proceed according to the following schedule, subject to further modification by the court or on motion of a party:

|    | Date | Party | Filing Due |
|----|------|-------|------------|
| 1. | December 15, 2023 | Plaintiffs | Supplemental brief in support of the Motion for Preliminary Injunction, Aug. 22, 2023, ECF No. 9, not to exceed 3,750 words |
| 2. | December 22 | Defendants | Response to the Amended Complaint, Dec. 6, 2023, ECF No. 71, which may include a motion to dismiss pursuant to USCIT Rule 12 |
| 3. | January 3, 2024 | Defendants | Supplemental brief in opposition to the Motion for Preliminary Injunction, not to exceed 3,750 words |
| 4. | January 8 | Defendants | Response to Motion to Unseal and Unredact the Administrative Record, Dec. 4, 2023, ECF No. 60 |
| 5. | January 10 | Plaintiffs | Supplemental 10-page reply in support of the Motion for Preliminary Injunction, not to exceed 2,500 words |
| 6. | January 18 | All | Hearing on (1) the Motion for Preliminary Injunction and (2) the Motion to Unseal and Unredact the Administrative Record |
| 7. | January 19 | Plaintiffs | Brief in opposition to motion to dismiss (if filed) |
| 8. | January 22 | Plaintiffs | Motion for judgment on the agency record under USCIT Rule 56.1 |
| 9. | January 22 | Plaintiffs | Motion to correct or supplement the administrative record (if filed) |

| 10. | February 2 | Defendants | Reply in support of motion to dismiss (if filed) |
| 11. | February 21 | Defendants | Brief in opposition to motion for judgment on the agency record |
| 12. | February 21 | Defendants | Brief in opposition to motion to correct or supplement the administrative record (if any) |
| 13. | March 8 | Plaintiffs | Reply in support of motion for judgment on the agency record |

Under USCIT Rule 7(d), movants may not file a reply brief to a nondispositive motion as a matter of course.  See also USCIT R. 5 cmt. 5.  As noted above, the court will allow Plaintiffs to reply in support of their Motion for Preliminary Injunction.  Parties wishing to file a reply brief on other nondispositive motions are directed to explain, in a motion for leave to file that is submitted shortly after the response brief, why the response requires a reply.

    **SO ORDERED.**

                                                        /s/     Gary S. Katzmann
                                                                          Judge

Dated: December 8, 2023
       New York, New York