**PUBLIC VERSION**

IN THE UNITED STATES
COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD.,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, *in his official capacity as the Secretary of the Department of Homeland Security*; TROY A. MILLER, *in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection*; and ROBERT SILVERS, *in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force*,<br><br>*Defendants*. | Case No. 23-182 |

**SUPPLEMENTAL DECLARATION OF YILING CHENG**

I, Yiling Cheng, declare under penalty of perjury and to the best of my knowledge, information, and belief as follows:

1. I am over 18 years of age and with capacity, and I provide this declaration based on my personal knowledge.

2. I currently hold the position of Director of Enterprise Planning Department at Ninestar Corporation.

3. In my role as Director of Enterprise Planning Department, I am familiar with the business of Ninestar Corporation and several of its affiliated companies, including: Zhuhai Ninestar Information Technology Co., Ltd.; Zhuhai Pantum Electronics Co., Ltd.; Zhuhai Apex Microelectronics Co., Ltd.; Geehy Semiconductor Co., Ltd.; Zhuhai G&G Digital Technology Co., Ltd.; Zhuhai Seine Printing Technology Co., Ltd.; and Zhuhai Ninestar Management Co., Ltd. (collectively Ninestar, unless otherwise indicated).

4. I have been authorized by Ninestar to testify in this declaration as their representative. The facts set forth in this declaration are based on my personal knowledge, review of corporate records, and discussion with relevant Ninestar employees knowledgeable about the facts set forth herein or responsible for the documents referenced.

5. I reaffirm and reincorporate herein my prior declaration, ECF No. 20-1, explaining the irreparable harm that Ninestar has suffered and will continue to suffer because of the decision of the United States government to add Ninestar to the Uyghur Forced Labor Prevention Act Entity List (the "Listing Decision").

6. [ ]

7. Moreover, since my previous declaration, Ninestar has suffered additional reputational harm because of the Listing Decision.

8. For example, on October 24, the International Imaging Technology Council ("IITC") announced that it would not renew Ninestar's Standardized Test Methods Committee

2

("STMC") certification.  STMC certification is a valuable seal of approval in the printer cartridge industry.  IITC's publication cited Ninestar's addition to the UFLPA Entity List when explaining the decision not to renew Ninestar's STMC certification.  A true and correct copy of IITC's publication is attached hereto as Exhibit A, and a true and correct copy of IITC's description of STMC certification is attached hereto as Exhibit B.

9. The market has continued to reflect the damage to Ninestar that has resulted from the Listing Decision.  A true and correct copy of a chart of Ninestar's declining stock price is attached hereto as Exhibit C.

Pursuant to the requirements of 28 U.S.C. section 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

    Executed on:  December 15, 2023

                                                        Yiling Cheng

# EXHIBIT A



NEWS

# Int'l ITC Denies Ninestar's STMC Recertification on Ethical Grounds

posted on
October 24, 2023 (October 24, 2023)

Today, the International Imaging Technology Council (Int'l ITC), the North American trade association for imaging supplies remanufacturers, and its Standardized Test Methods Committee (STMC) announced that they have declined to renew STMC certification for Ninestar Corporation due to its recent association with forced labor.

"The Int'l ITC Board of Directors, along with the STMC Chairman, considered the issue carefully, but in the end, the decision was unanimous," said Executive Director Tricia Judge. "The ethical issues just demanded that we not put our quality seal of approval on products made by slave labor."

The U.S. government has identified a problem in China with state-sponsored forced labor; according to a recent court filing by the U.S., "Over the last four years, the [PRC] . . . has carried out a mass detention and political indoctrination campaign against Uyghurs, who are predominantly Muslim, and members of other ethnic and religious minority groups in . . . Xinjiang . . . , a large region in western China…Authorities use threats of physical violence, forcible drug intake, physical and sexual abuse, and torture to force detainees to work in adjacent or off-site factories or worksites producing [many different products]."

In response, the U.S. government has enacted the Uyghurs Forced Labor Protection Act (UFLPA) and created a consortium of government agencies called the Forced Labor Enforcement Task Force (FLETF), led by the Department of Homeland Security (DHS), to enforce the UFLPA.

The FLETF identified Ninestar as violating the UFLPA by engaging in this practice and filed a very lengthy administrative record that determined as follows: "The information in (the administrative record) demonstrates that Ninestar has worked with the government of the Xinjiang Uyghur Autonomous Region through a third-party agency to recruit, transport, transfer, and receive Uyghur laborers out of the Xinjiang Uyghur Autonomous Region to work in its manufacturing facilities in the city of Zhuhai, located in the Guangdong Province.

"Accordingly, on May 15, 2023, FLETF Member Agencies voted unanimously to add Ninestar Corporation to the Entity List described in Section 2(d)(2)(B)(ii) of the UFLPA." On June 9, the DHS announced the nationwide importation ban on products made by Ninestar and eight of its subsidiaries.

Int'l ITC is required to abide by the same bylaws that apply to its members and must, therefore, "Prioritize the safety and well-being of all individuals affected by [Int'l' ITC's] actions" and "Prioritize the welfare of vulnerable populations."

Thus, to the extent STMC certification of Ninestar would facilitate enhanced sales of products identified by the United States as likely to be produced by slave labor, the Int'l ITC's Bylaws compel it to refrain from renewing Ninestar's STMC certification.

💬 NO COMMENTS

# EXHIBIT B

# What is STMC

## The STMC logo is well recognized as the printer cartridge industry's seal of approval.

**STMC** stands for the **S**tandardized **T**est **M**ethods **C**ommittee. This global committee formed to find and promote standardized test methods for the printer cartridge industry. The test methods are used to evaluate printer cartridge performance. Standardized test methods make it possible to evaluate a cartridge anywhere and come up with the same test results no matter who tests it. Standardized tests do not specify how a cartridge must perform; they only measure it.

**ASTM International** is an independent organization of volunteers that write test methods that are approved by strict consensus. **STMC and ASTM are not the same.** The STMC has accepted several ASTM International test methods as well as ISO, ISTA, and ANSI test methods.

A company that is STMC certified is one that has had their employees successfully trained by an authorized STMC trainer in these test methods, attests to using these test methods, has purchased the correct test equipment and has proven to the STMC committee that it is well versed in the use of these test methods. The companies that are STMC certified are committed to making the best printer cartridges.

Once certified, companies are issued a logo with their specific number assigned that they can use in their business and marketing materials.  STMC certification identifies the company as one that seeks to manufacture cartridges high-quality cartridges and tests them according to the STMC guide. Uncertified companies cannot use STMC in their marketing literature and packaging without violating Int'l ITC's copyrights.

The STMC logo is well recognized as the printer cartridge industry's seal of approval.

There are many government contracts that will only be awarded to STMC certified companies. There are even private contracts that will only be awarded to STMC certified companies.

The STMC will seek to stop companies from unlawful use of STMC. We must do that to maintain the integrity of the STMC process. We police its use that tradeshows and on the internet, and have taken legal action against its misuse.

How can you see if your cartridge manufacturer is STMC certified? Check the list of companies that are certified HERE.  If your company isn't listed, please call us. (Int'l ITC 702-838-4279).

POPULAR CATEGORIES

NEWS

43 posts

BLOG

10 posts

MOST POPULAR

**01**  "The Day from HP Hell"
2.4k views

**02**  HP Releases More Diabolical Firmware Updates
2.1k views

# 03 Int'l Imaging Technology Council Brings Another Complaint Against HP Inc. over Firmware and Greenwashing

1.2k views

# EXHIBIT C

12/14/23, 12:26 PM                    002180 | Ninestar Corp. A Advanced Charting - WSJ

Case 1:23-cv-00182-GSK   Document 79-1   Filed 12/15/23   Page 13 of 14



Latest | World | Business | U.S. | Politics | Economy | Tech | Finance | Opinion | Arts & Culture | Lifestyle | Real Estate | Personal Finance | Health | Style | Sports

Dow Jones Products | Barron's | BigCharts | Dow Jones Newswires | Factiva | Financial News | Mansion Global | MarketWatch | Risk & Compliance

WSJ | Buy Side from WSJ | WSJ Pro | Podcasts | WSJ Video | WSJ Wine | Digital Self Service | Buy Issues

Commercial Partnerships | Visual Stories | WSJ Shop

Privacy Notice | Cookie Notice | Copyright Policy | Data Policy | Subscriber Agreement & Terms of Use | Your Ad Choices | Accessibility

Copyright ©2023 Dow Jones & Company, Inc. All Rights Reserved.