UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD., <br><br>             Plaintiffs, <br><br>        v. <br><br> UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, in his official capacity as the Secretary of the Department of Homeland Security; TROY A. MILLER, in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection; and ROBERT SILVERS, in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force, <br><br>             Defendants. | Before:  Gary S. Katzmann, Judge <br> Court No. 23-00182 |

**ORDER**

It is hereby:

**ORDERED** that the hearing on Plaintiffs' Motion for Preliminary Injunction, Aug. 22, 2023, ECF No. 9, and Plaintiffs' Motion to Unseal and Unredact the Administrative Record, Dec.

4, 2023, ECF No. 61, which is scheduled for Thursday, January 18, 2024, see Order, Dec. 8, 2023, ECF No. 77, will take place at 10 a.m. ET in Courtroom 2 of the U.S. Court of International Trade in New York, New York; and it is further

**ORDERED** that any party seeking to introduce additional evidence for the hearing on Plaintiffs' Motion for Preliminary Injunction, including live witnesses, affidavits, declarations, documents, or other exhibits, must notice or file such evidence by Thursday, January 11, 2024, at 5 p.m. The exhibits already filed by Plaintiffs do not need to be refiled unless Plaintiffs opt to modify or update those materials. See Pls.' Notice, Oct. 30, 2023, ECF No. 48.

**SO ORDERED.**

/s/     Gary S. Katzmann
         Judge

Dated: January 3, 2024
         New York, New York