IN THE UNITED STATES
COURT OF INTERNATIONAL TRADE

NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD.

          *Plaintiffs*,

v.

UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, *in his official capacity as the Secretary of the Department of Homeland Security*; TROY A. MILLER, *in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection*; and ROBERT SILVERS, *in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force*,

          *Defendants*.

Case No. 23-182

**Plaintiffs' Motion to Amend Protective Order**

**PLAINTIFFS' MOTION TO AMEND PROTECTIVE ORDER**

Pursuant to this Court's January 10, 2024 Order, ECF No. 90, Plaintiffs respectfully submit the attached proposed Second Amended Protective Order. Plaintiffs' proposed order

defines a new class of information, "Ninestar Confidential Information," that may be shared with officers, directors, and employees of Ninestar Corporation and the other plaintiff companies, in addition to the personnel permitted to view Confidential Information under paragraph 4 of the current order. In other words, this new class of information receives the same treatment as Confidential Information, except that it may also be shared with the personnel at Ninestar who are most likely knowledgeable about the underlying subject matter, and therefore most likely to be of assistance in the litigation. Our proposed order also memorializes the Government's agreement in its response to our motion to unseal and unredact, *see* ECF No. 85 at 3, by enumerating an initial set of Ninestar Confidential Information. For the Court's convenience, plaintiffs also attached a redline of our proposed order against the currently governing, first amended protective order, ECF No. 40.

Dated: January 16, 2024

                                                  Respectfully submitted,

                                                  */s/ Gordon D. Todd*

                                                  MICHAEL E. MURPHY
                                                  GORDON D. TODD
                                                  MICHAEL E. BORDEN
                                                  CODY M. AKINS
                                                  SIDLEY AUSTIN LLP

                                                  1501 K Street, N.W.
                                                  Washington, D.C. 20005
                                                  (202) 736-8760
                                                  gtodd@sidley.com

                                                  *Counsel for Plaintiffs*