# United States Court of International Trade
## Honorable Gary S. Katzmann

### Appearance Sheet

Docket No. 23-00182
January 18, 2024 – Partially Closed Hearing
10:00 a.m.
Courtroom 2
Jurisdiction 1581(i)

>Ninestar Corporation et al,
>Plaintiffs,
>v.
>United States et al
>Defendants.

_____
### Counsel

**Plaintiff**
**Gordon D. Todd**
**Cody Matthew Adkins**
**Michael E. Murphy**
Sidley Austin, LLP

**Defendant**
**Monica Perrette Triana**
**Guy R. Eddon**
**Justin R. Miller**
**Luke Mathers**
U.S. Department of Justice