UNITED STATES COURT OF INTERNATIONAL TRADE
HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD., | |
| Plaintiffs, | |
| v. | Court No. 23-00182 |
| UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, in his official capacity as the Secretary of the Department of Homeland Security; TROY A. MILLER, in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection; and ROBERT SILVERS, in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force, | |
| Defendants. | |

### **DEFENDANTS' NOTICE OF INTENT TO REDACT JANUARY 18, 2024 TRANSCRIPT**

In accordance with docket number 112, defendants respectfully notify the Court that we intend to redact certain information from the transcript of the January 18, 2024, preliminary injunction hearing. The information we propose to redact consists of information included in the confidential administrative record, covered by the amended protective order, docket number 40.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division |
|  | PATRICIA M. McCARTHY<br>Director |
| By: | /s/ Claudia Burke<br>CLAUDIA BURKE<br>Deputy Director |
|  | JUSTIN R. MILLER<br>Attorney-In-Charge<br>International Trade Field Office |
|  | /s/ Monica P. Triana<br>MONICA P. TRIANA<br>Senior Trial Counsel |
|  | GUY EDDON<br>LUKE MATHERS<br>Trial Attorneys<br>Department of Justice, Civil Division<br>Commercial Litigation Branch<br>26 Federal Plaza – Room 346<br>New York, New York 10278<br>Tel. (212) 264-9240 or 9230 |
| Date: February 20, 2024 | *Attorneys for Defendant* |