**PUBLIC VERSION**

IN THE UNITED STATES
COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, *in his official capacity as the Secretary of the Department of Homeland Security*; TROY A. MILLER, *in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection*; and ROBERT SILVERS, *in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force*,<br><br>*Defendants*. | Case No. 23-182<br><br>**Plaintiffs' Motion to Treat the Requested Documents as Highly Sensitive** |

  Pursuant to the Court's Order dated March 20, 2024, ECF No. 125, Plaintiffs hereby move to treat the Requested Documents as highly sensitive documents.

Consistent with their pending motion to unseal and unredact the Administrative Record, ECF No. 60, Plaintiffs do not waive any argument that certain portions of the Confidential Administrative Record should eventually be unsealed. Plaintiffs also do not waive any argument that the Requested Documents should not be treated as Confidential Information under the Second Amended Protective Order, ECF No. 98.

Dated: March 22, 2024

                                        Respectfully submitted,

                                        */s/ Gordon D. Todd*

                                        MICHAEL E. MURPHY
                                        GORDON D. TODD
                                        MICHAEL E. BORDEN
                                        CODY M. AKINS
                                        SIDLEY AUSTIN LLP

                                        1501 K Street, N.W.
                                        Washington, D.C. 20005
                                        (202) 736-8760
                                        gtodd@sidley.com

                                        *Counsel for Plaintiffs*

PUBLIC VERSION

IN THE UNITED STATES
COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, *in his official capacity as the Secretary of the Department of Homeland Security*; TROY A. MILLER, *in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection*; and ROBERT SILVERS, *in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force*,<br><br>*Defendants*. | Case No. 23-182<br><br>**Proposed Order Granting Plaintiffs' Motion to Treat the Requested Documents as Highly Sensitive** |

  Upon reading Plaintiffs' motion to treat the Requested Documents as highly sensitive documents, and upon consideration of other papers and proceedings had herein; it is hereby:

**ORDERED** that Plaintiffs' motion be, and hereby is, granted; and it is further

**ORDERED** that the five paper copies of the Requested Documents Plaintiffs submitted to the Clerk of the Court are accepted by the Court as highly sensitive documents pursuant to Administrative Order 21-01.

Dated: _____

New York, New York

_____

Gary S. Katzmann, Judge