# UNITED STATES COURT OF INTERNATIONAL TRADE

HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, in his official capacity as the Secretary of the Department of Homeland Security; TROY A. MILLER, in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection; and ROBERT SILVERS, in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force, <br><br> Defendants. | Court No. 23-00182 |

## **ORDER**

Upon reading Defendants' motion to treat the Requested Documents as highly sensitive documents, and upon consideration of other papers and proceedings had herein; it is hereby

ORDERED that Defendants' motion be, and hereby is, granted; and it is further

2

ORDERED that the five paper copies of the Requested Documents submitted to the Clerk of the Court are accepted by the Court as highly sensitive documents pursuant to Administrative Order 21-01.

_____
GARY S. KATZMANN, JUDGE

Dated: _____, 2024
   New York, New York

## UNITED STATES COURT OF INTERNATIONAL TRADE

HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD., | |
| Plaintiffs, | |
| v. | Court No. 23-00182 |
| UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, in his official capacity as the Secretary of the Department of Homeland Security; TROY A. MILLER, in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection; and ROBERT SILVERS, in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force, | |
| Defendants. | |

### MOTION TO TREAT THE REQUESTED DOCUMENTS AS HIGHLY SENSITIVE DOCUMENTS

Pursuant to the Court's Order dated March 20, 2024 (ECF No. 125) and the Court's procedures outlined in Administrative Order 21-01, defendants respectfully request that the Court treat the documents requested in the Court's order as highly sensitive documents. The Court has ordered the Government to file the requested documents, which contain certain privileged information of such a high level of

sensitivity that, if disseminated, could pose a danger of physical harm to certain persons. Accordingly, there is a clear and compelling need to avoid filing the unredacted administrative record on the CM/ECF system. See Admin. Order 21-01, at 1.

To allow the requested documents in this matter to be submitted for in camera review by the Court, the Government respectfully requests that the Court enter the attached order.

        Respecfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        PATRICIA M. McCARTHY
        Director

        /s/ Justin R. Miller
        JUSTIN R. MILLER
        Attorney-In-Charge
        International Trade Field Office

        /s/ Monica P. Triana
        MONICA P. TRIANA
        Senior Trial Counsel

        /s/ Guy Eddon
        GUY EDDON
        LUKE MATHERS
        Trial Attorneys
        Department of Justice, Civil Division
        Commercial Litigation Branch
        26 Federal Plaza, Room 346
        New York, New York 10278
        (212) 264-9236

Dated: March 25, 2024        *Attorneys for Defendant*