UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, in his official capacity as the Secretary of the Department of Homeland Security; TROY A. MILLER, in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection; and ROBERT SILVERS, in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force, <br><br> Defendants. | Before: Gary S. Katzmann, Judge <br> Court No. 23-00182 |

**ORDER**

The court has received Plaintiffs' Status Report, May 3, 2024, ECF No. 152. Plaintiffs filed that status report in response to the court's order that Plaintiffs "submit a status report that estimates, to the best of Plaintiffs' ability, when Plaintiffs' delisting request to the FLETF will be

filed." Order at 2, Apr. 18, 2024, ECF No. 146. That order referenced the need to "preserve the 'economy of time and effort for itself, for counsel, and for litigants.'" Id. (quoting Landis v. N. Am. Co., 299 U.S. 248, 254 (1936)). In their status report, Plaintiffs state that they are "diligently working to prepare an effective delisting petition" but are "not able, at this time, to commit to filing by any particular date." Pls.' Status Rep. at 2. Plaintiffs "expect[] to be in a better position to do so by the end of the month." Id. Plaintiffs also state that, following correspondence with Defendants, they "plan[] to soon seek" an amendment to the Second Amended Protective Order, Jan. 16, 2024, ECF No. 98 ("APO"). Pls.' Status Rep. at 4. It is hereby:

**ORDERED** that briefing on Plaintiffs' Motion for Judgment on the Agency Record, Jan. 22, 2024, ECF No. 102, and Plaintiffs' Motion to Complete or Supplement the Administrative Record, Jan. 22, 2024, ECF No. 101, remains stayed until further court order. The court intends to issue an opinion resolving the fully briefed motions in this case, including the Motion to Unseal and Unredact; and it is further

**ORDERED** that, by 5 p.m. ET on June 3, 2024, Plaintiffs submit a status report regarding the status of their delisting request to the FLETF, including, as applicable, if that request has not been filed by that date, and if prepared to do so, their estimates, to the best of their ability, when their delisting request to the FLETF will be filed; and it is further

**ORDERED** that Defendants may file a sur-reply to Plaintiffs' Reply, Apr. 30, 2024, ECF No. 151, by 5 p.m. ET on May 13, 2024; and it is further

**ORDERED** that the parties conclude consultations regarding Plaintiffs' potential motion to amend the APO and file a joint motion to amend by 5 p.m. ET on May 17, 2024. If the parties are unable to agree on a joint motion, either Plaintiffs or Defendants may file a motion to amend by the same deadline.

**SO ORDERED.**

/s/      *Gary S. Katzmann*
Judge

Dated: May 8, 2024
       New York, New York