IN THE UNITED STATES
COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO MAYORKAS, *in his official capacity as the Secretary of the Department of Homeland Security*; TROY A. MILLER, *in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection*; and ROBERT SILVERS, *in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force*,<br><br>*Defendants*. | Case No. 23-182 |

**PLAINTIFFS' STATUS REPORT**

Pursuant to the Court's May 8 Order, ECF No. 153, Plaintiffs submit this status report respecting their intention to file a delisting petition with FLETF.

1

Ninestar remains committed to filing a delisting petition with FLETF. For the reason explained previously, preparing an effective delisting petition is arduous and challenging under the circumstances. *See* ECF No. 152. Accordingly, while Ninestar is diligently working to prepare its petition and has made significant progress in recent weeks, it remains unable, at this time, to commit to filing by any particular date.

Ninestar is cognizant of the fact that, under the recently adopted Third Amended Protective Order, Ninestar's counsel's ability to use the information in this litigation for a delisting petition is set to expire on July 1, 2024. *See* ECF No. 157 ¶ 12. If Ninestar is unable to submit a petition by that date, it will promptly move the Court to amend that date. *See id.*

Dated: June 3, 2024

Respectfully submitted,

/s/ Gordon D. Todd

MICHAEL E. MURPHY
GORDON D. TODD
MICHAEL E. BORDEN
CODY M. AKINS
SIDLEY AUSTIN LLP

1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8760
gtodd@sidley.com

*Counsel for Plaintiffs*