UNITED STATES COURT OF INTERNATIONAL TRADE

HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD. <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; KRISTI NOEM, *in her official capacity as the Secretary of the Department of Homeland Security*; PETE R. FLORES, *in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection*; and ROBERT PASCHALL, *in his official capacity as Acting Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force,*[1] <br><br> *Defendants.* | Case No. 23-182 |

**JOINT STATEMENT**

Pursuant to the Court's January 16, 2025 Order, ECF No. 181, the parties submit this joint statement of less than 750 words regarding the status of proceedings before the Forced Labor Enforcement Task Force (FLETF) in the matter of Plaintiffs' Delisting Request.

---

[1] Pursuant to USCIT Rule 25(d), the above-listed officers are automatically substituted as parties for their predecessors.

On December 9, 2024, Plaintiffs confirmed that they would forgo a meeting with the FLETF, which had previously been scheduled for December 12, 2024.  The FLETF sent additional questions to Plaintiffs, to which Plaintiffs responded on December 11, 2024.  The FLETF is reviewing all of the information Plaintiffs provided in their request for removal and responses to the FLETF's questions and preparing to make a decision on the request.  The FLETF anticipates that a vote on Plaintiffs' request for removal will be held by the end of February 2025, and the FLETF will issue a reasoned written decision promptly after the vote.

Dated: January 29, 2025                              Respectfully submitted,

                                                     BRETT A. SHUMATE
                                                     Acting Assistant Attorney General

                                                     PATRICIA M. McCARTHY
                                                     Director

                                   By:     /s/ Claudia Burke
                                           CLAUDIA BURKE
                                           Deputy Director

                                           /s/ Justin R. Miller
                                           JUSTIN R. MILLER
                                           Attorney-In-Charge
                                           International Trade Field Office

                                           /s/ Monica P. Triana
                                           MONICA P. TRIANA
                                           Senior Trial Counsel

                                           GUY EDDON
                                           Senior Trial Attorney

                                           LUKE MATHERS
                                           Trial Attorney
                                           Department of Justice, Civil Division
                                           Commercial Litigation Branch
                                           26 Federal Plaza – Room 346
                                           New York, New York 10278
                                           Tel. (212) 264-9240 or 9230
                                           *Attorneys for Defendants*

2

*Ninestar Corp. v. United States et al.*, No. 23-00182
Joint Statement

/s/ Gordon D. Todd
MICHAEL E. MURPHY
GORDON D. TODD
MICHAEL E. BORDEN
CODY M. AKINS
SIDLEY AUSTIN LLP

1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8760
gtodd@sidley.com

*Counsel for Plaintiffs*