UNITED STATES COURT OF INTERNATIONAL TRADE

HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; KRISTI NOEM, *in her official capacity as the Secretary of the Department of Homeland Security*; PETE R. FLORES, *in his official capacity as Acting Commissioner for U.S. Customs and Border Protection*; and CHRISTOPHER PRATT, *in his official capacity as the Senior Official Performing the Duties of the Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force*,[1]<br><br>*Defendants*. | Case No. 23-182 |

**JOINT STATUS REPORT**

Pursuant to the Court's December 9, 2024 Order, ECF No. 180, the parties submit this joint status report of proceedings before the Forced Labor Enforcement Task Force (FLETF) in the matter of Plaintiffs' Delisting Request.

---

[1] Pursuant to USCIT Rule 25(d), the above-listed officers are automatically substituted as parties for their predecessors.

**Defendant's Statement**

As stated in the parties' joint statement of January 29, 2025, ECF No. 182, the FLETF is reviewing all of the information that Plaintiffs provided in their request for removal and responses to the FLETF's questions, and is preparing to make a decision on the request. Although the FLETF anticipated that a vote on Plaintiffs' request for removal would be held by the end of February 2025, a vote could not be held due to changes in personnel at the FLETF's seven member agencies. The FLETF requires more time than originally anticipated for new personnel to review the facts of this case and the information that Plaintiffs provided before a vote can be held on Plaintiffs' Delisting Request. The FLETF remains committed to fully and fairly reviewing Plaintiffs' Delisting Request within a reasonable amount of time.

**Plaintiffs' Statement**

Ninestar is disappointed that FLETF was unable to meet its representation to the Court that a vote on Ninestar's delisting petition would be held before the end of February 2025. FLETF had Ninestar's submission and responses to the Government's follow-up questions on December 11, 2024, and a vote should have been possible. That said, under the circumstances, Ninestar does not object to the Government's request for a further three month extension. It appears, however, that no meetings are even scheduled for FLETF. Ninestar therefore asks the Court to urge the Government to move to scheduling and completing a vote on the petition promptly.

**Joint Statement**

The parties respectfully request that the stay of this matter be continued for an additional period of three months to permit the FLETF to assess Plaintiffs' Delisting Request and propose that the parties file a further status report at the expiration of the additional three-month stay.

Respectfully submitted,

| | |
|---|---|
| /s/ Gordon D. Todd<br>MICHAEL E. MURPHY<br>GORDON D. TODD<br>MICHAEL E. BORDEN<br>CODY M. AKINS<br><br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>(202) 736-8760<br>gtodd@sidley.com<br>*Counsel for Plaintiffs* | YAAKOV M. ROTH<br>Acting Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>/s/ Claudia Burke<br>CLAUDIA BURKE<br>Deputy Director<br><br>JUSTIN R. MILLER<br>Attorney-In-Charge<br>International Trade Field Office<br><br>/s/ Monica P. Triana<br>MONICA P. TRIANA<br>Senior Trial Counsel<br><br>GUY EDDON<br>Senior Trial Attorney<br><br>LUKE MATHERS<br>Trial Attorney<br>Department of Justice, Civil Division<br>Commercial Litigation Branch<br>26 Federal Plaza – Room 346<br>New York, New York 10278<br>Tel. (212) 264-9240 or 9230<br>*Attorneys for Defendants* |

Dated: March 12, 2025