UNITED STATES COURT OF INTERNATIONAL TRADE

HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; KRISTI NOEM, *in her official capacity as the Secretary of the Department of Homeland Security*; PETE R. FLORES, *in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection*; and CHRISTOPHER PRATT, *in his official capacity as Senior Official Performing the Duties of the Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force*,<br><br>*Defendants*. | Case No. 23-182 |

## JOINT STATUS REPORT

Pursuant to the Court's March 18, 2025 Order, ECF No. 184, the parties submit this joint status report of proceedings before the Forced Labor Enforcement Task Force (FLETF) in the matter of Plaintiffs' Delisting Request.

1

As stated in the parties' joint statement of March 12, 2025, ECF No. 184, the FLETF is reviewing all of the information that Plaintiffs provided in their request for removal and responses to the FLETF's questions and is preparing to make a decision on the request.

On Friday, April 18, 2025, the FLETF transmitted brief additional questions to Plaintiffs, requesting a response within two business days. The FLETF received Plaintiffs' responses on Tuesday, April 22, 2025. The FLETF is reviewing Plaintiffs' April 22, 2025 responses in conjunction with Plaintiffs' request for removal and prior responses. With the change in administration and the onboarding of new personnel responsible for FLETF decision-making, the member agencies are fully reviewing and considering Plaintiffs' request for removal and responses, including Plaintiffs' responses to the FLETF's additional questions. The FLETF anticipates holding a vote on Plaintiffs' Delisting Request within the next six weeks.

The FLETF remains committed to full and timely consideration of Plaintiff's Delisting Request.

Accordingly, the parties respectfully request that the stay of this matter be continued for an additional period of sixty days (60) to permit the FLETF to resolve Plaintiffs' Delisting Request.

Respectfully submitted,

| | |
|---|---|
| /s/ Gordon D. Todd<br>MICHAEL E. MURPHY<br>GORDON D. TODD<br>MICHAEL E. BORDEN<br>CODY M. AKINS<br><br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>(202) 736-8760<br>gtodd@sidley.com<br>*Counsel for Plaintiffs* | YAAKOV M. ROTH<br>Acting Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>/s/ Claudia Burke<br>CLAUDIA BURKE<br>Deputy Director<br><br>JUSTIN R. MILLER<br>Attorney-In-Charge<br>International Trade Field Office<br><br>/s/ Monica P. Triana<br>MONICA P. TRIANA<br>Senior Trial Counsel<br><br>GUY EDDON<br>Senior Trial Attorney<br><br>LUKE MATHERS<br>Trial Attorney<br>Department of Justice, Civil Division<br>Commercial Litigation Branch<br>26 Federal Plaza – Room 346<br>New York, New York 10278<br>Tel. (212) 264-9240 or 9230<br>*Attorneys for Defendants* |

Dated: April 24, 2025