UNITED STATES COURT OF INTERNATIONAL TRADE

HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; KRISTI NOEM, *in her official capacity as the Secretary of the Department of Homeland Security*; PETE R. FLORES, *in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection*; and CHRISTOPHER PRATT, *in his official capacity as Senior Official Performing the Duties of the Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force*,<br><br>*Defendants*. | Case No. 23-182 |

## DEFENDANT'S STATUS REPORT

Pursuant to the Court's April 25, 2025 Order, ECF No. 186, defendants submit this status report of proceedings before the Forced Labor Enforcement Task Force (FLETF) in the matter of Plaintiffs' request for removal from the list of entities described in section 2(d)(2)(B) of the Uyghur Forced Labor Prevention Act (UFLPA), Pub. L. No. 117-78 (Dec. 23, 2021) (the UFLPA Entity List).

1

On June 17, 2025, the Government informed the Court that the FLETF chair had initiated a vote on Ninestar's Delisting Request. ECF No. 187. The voting period concluded on Friday, June 20, 2025 at 3 p.m. On June 23, 2025, the FLETF chair issued its written decision, notifying Ninestar of the FLETF's decision not to remove Ninestar and its affiliated entities from the UFLPA Entity List.

The stay of this case, imposed by the Court's order of April 25, 2025, is now lifted. The Court ordered the parties to submit a joint status report by today. Docket No. 186. The parties have conferred and were not able to agree on a joint status report. The defendants respectfully request the opportunity to confer with Ninestar and provide the Court with a proposed order, by July 14, 2025, governing additional proceedings (if any) in this matter. If the parties, after conferring, are unable to agree on a joint proposal, separate proposals may be filed.

Respectfully submitted,

BRETT A. SCHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ JUSTIN R. MILLER
JUSTIN R. MILLER
Attorney-In-Charge

/s/ Monica P. Triana
MONICA P. TRIANA
Senior Trial Counsel

GUY EDDON
Senior Trial Attorney

LUKE MATHERS
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Room 346
New York, New York 10278
Tel. (212) 264-9240 or 9230
*Attorneys for Defendants*

Dated: June 26, 2025