UNITED STATES COURT OF INTERNATIONAL TRADE

HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; KRISTI NOEM, *in her official capacity as the Secretary of the Department of Homeland Security*; RODNEY S. SCOTT, *in his official capacity as Commissioner for U.S. Customs and Border Protection*; and CHRISTOPHER PRATT, *in his official capacity as Senior Official Performing the Duties of the Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force*,<br><br>*Defendants*. | Case No. 23-182 |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Ninestar respectfully moves for a two-week extension of time for the parties to file a proposed order to govern any additional proceedings in this matter.

On June 23, 2025, the FLETF issued its written decision denying Ninestar's request to be removed from the UFLPA Entity List. On June 26, 2025, Ninestar responded by asking the FLETF to provide by July 11, 2025, a more fulsome explanation of and the evidence underlying its

decision. The same day, the parties filed status reports proposing that the parties submit by July 14 proposed orders to govern additional proceedings in this matter. ECF Nos. 188, 191. Later that day, the Court ordered the parties to confer and file by July 14, 2025 at 5:00 p.m. EDT a proposed order to govern any additional proceedings in this matter. ECF No. 192.

Ninestar requests a two-week extension of that deadline. Ninestar has been diligently considering the possible next steps in this litigation, but the complexity of that decision and the number of interested stakeholders are such that Ninestar requires additional time to determine the best path forward. Furthermore, because Ninestar's decision may depend on the FLETF's response to its request for more information, additional time to decide after July 11 is warranted. Defendants consent to Ninestar's requested extension.

Accordingly, Ninestar respectfully requests that the Court extend the deadline for filing a proposed order to July 28, 2025.

Dated: July 10, 2025

Respectfully submitted,

/s/ Gordon D. Todd
MICHAEL E. MURPHY
GORDON D. TODD
MICHAEL E. BORDEN
CODY M. AKINS

SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8760
gtodd@sidley.com

*Counsel for Plaintiffs*