UNITED STATES COURT OF INTERNATIONAL TRADE

HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD.,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; KRISTI NOEM, *in her official capacity as the Secretary of the Department of Homeland Security*; RODNEY S. SCOTT, *in his official capacity as Commissioner for U.S. Customs and Border Protection*; and CHRISTOPHER PRATT, *in his official capacity as Senior Official Performing the Duties of the Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force*,<br><br>*Defendants*. | Case No. 23-182 |

**PLAINTIFFS' PROPOSED ORDER GOVERNING PROCEEDINGS**

Pursuant to the Court's July 15, 2025 Order, Ninestar respectfully submits the attached proposed order governing the remaining proceedings in this litigation. The schedule provided in this proposed Order gives Ninestar the opportunity to move to for leave amend its complaint to seek judicial review of the FLETF's denial of Ninestar's delisting request while ensuring that Defendants' retain all rights to challenge such a motion and any subsequent proceedings. To make

1

matters most efficient for the Court and the parties, Ninestar proposes that the Court hold in abeyance Ninestar's pending motions for judgment and to amend/supplement the administrative record. If necessary, these motions shall be decided simultaneous to any similar motions related to the delisting request.

      The Government consents to the entry of the attached proposed schedule.

| | |
|---|---|
| Dated: July 28, 2025 | Respectfully submitted, |
| | /s/ Gordon D. Todd<br>MICHAEL E. MURPHY<br>GORDON D. TODD<br>MICHAEL E. BORDEN<br>CODY M. AKINS |
| | SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>(202) 736-8760<br>gtodd@sidley.com |
| | *Counsel for Plaintiffs* |

UNITED STATES COURT OF INTERNATIONAL TRADE

HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; KRISTI NOEM, *in her official capacity as the Secretary of the Department of Homeland Security*; RODNEY S. SCOTT, *in his official capacity as Commissioner for U.S. Customs and Border Protection*; and CHRISTOPHER PRATT, *in his official capacity as Senior Official Performing the Duties of the Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force*,<br><br>*Defendants*. | Case No. 23-182<br><br>**Proposed Order Governing Litigation** |

Having considered Plaintiffs' proposed order governing the remainder of this litigation, and Defendants' consent thereto, it is hereby:

**ORDERED** that following schedule shall govern the remainder of this litigation, without prejudice to the parties' rights to seek future schedule modifications.

1

| Party | Filing(s) | Due No Later Than |
|---|---|---|
| Plaintiffs | Motion for leave to amend complaint and proposed amended complaint | August 27, 2025 |
| Defendants | Opposition to Plaintiffs' motion for leave to amend complaint, if any | 21 days after filing of motion for leave |
| Plaintiffs | Reply in support of motion to amend complaint, if any | 14 days after filing of opposition to motion for leave |
| Defendants | Administrative record for the FLETF's denial of Ninestar's delisting request (Delisting Administrative Record) | November 21, 2025 |
| Defendants | Motion to dismiss amended complaint, if any | January 9, 2026 |
| Plaintiffs | Motion concerning redactions in the Delisting Administrative Record, if any | January 9, 2026 |
| All | Oppositions to motion to dismiss, motion concerning redactions in the Delisting Administrative Record and motion to amend or supplement the Delisting Administrative Record, if any | 30 days after filing of motions to dismiss and/or motion concerning redactions |
| All | Replies in support of motion to dismiss, motion concerning redactions in the Delisting Administrative Record and motion to amend or supplement the Delisting Administrative Record, if any | 14 days after filing of oppositions to motions to dismiss and/or motion concerning redactions |
| Plaintiffs | Motion for judgment on the administrative record for the FLETF's denial of Ninestar's delisting request | April 23, 2026 |
| Defendants | Oppositions to motion for judgment regarding listing decision, motion for judgment regarding delisting request | 60 days after filing of motion for judgment and motion to amend or supplement, if any |
| Plaintiffs | Replies in support of motions for judgment and motion(s) to amend or supplement the administrative record | 21 days after filing of oppositions to motions for judgment dismiss and/or motions concerning redactions |

Dated: _____

      New York, New York

                              _____
                              Gary S. Katzmann, Judge