UNITED STATES COURT OF INTERNATIONAL TRADE

HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; KRISTI NOEM, *in her official capacity as the Secretary of the Department of Homeland Security*; RODNEY S. SCOTT, *in his official capacity as Commissioner for U.S. Customs and Border Protection*; and CHRISTOPHER PRATT, *in his official capacity as Senior Official Performing the Duties of the Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force*,<br><br>*Defendants*. | Case No. 23-182 |

**JOINT STATUS REPORT**

      Pursuant to the Court's August 8, 2025 Order, ECF No. 198, the parties submit this joint status report confirming the ongoing treatment of categories of restricted information, as set forth in the Court's Slip Opinion of July 10, 2024. *See Ninestar Corp. v. United States*, 716 F. Supp. 3d 1376 (2024).

The Government confirms that the designations identified in the Administrative Protective Order (APO) and applied in the Court's decision, *see id.,* remain necessary to protect the law enforcement sensitive information, and the information subject to the informant privilege, in the administrative record already filed with the Court. Ninestar confirms that its redactions unrelated to the administrative record remain necessary to preserve the confidentiality of its sensitive business information. Additionally, if the Court enters plaintiff's amended complaint challenging the decision of the Forced Labor Enforcement Task Force (FLETF) on Plaintiff's Delisting Request, *see* ECF Nos. 199-200, the same designations identified in the APO -- Confidential and Ninestar Confidential -- as well as any applicable privileges, will be needed to protect similar information when a new administrative record is filed on November 21, 2025. Ninestar preserves its right to contest the government's confidentiality designations in the new administrative record.

*Joint Status Report*
*Ninestar Corp. v. United States*, 23-182

                                                                        Respectfully submitted,

/s/ Gordon D. Todd                     BRETT A SHUMATE
MICHAEL E. MURPHY            Assistant Attorney General
GORDON D. TODD
MICHAEL E. BORDEN             PATRICIA M. McCARTHY
CODY M. AKINS                      Director

SIDLEY AUSTIN LLP              /s/ Claudia Burke
1501 K Street, N.W.                CLAUDIA BURKE
Washington, D.C. 20005          Deputy Director
(202) 736-8760
gtodd@sidley.com                  JUSTIN R. MILLER
*Counsel for Plaintiffs*              Attorney-In-Charge
                                                  International Trade Field Office

                                                  /s/ Monica P. Triana
                                                  MONICA P. TRIANA
                                                  Senior Trial Counsel

                                                  GUY EDDON
                                                  Senior Trial Attorney

                                                  LUKE MATHERS
                                                  Trial Attorney
                                                  Department of Justice, Civil Division
                                                  Commercial Litigation Branch
                                                  26 Federal Plaza – Room 346
                                                  New York, New York 10278
                                                  Tel. (212) 264-9240 or 9230
September 15, 2025                *Attorneys for Defendants*