UNITED STATES COURT OF INTERNATIONAL TRADE

HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD.,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; KRISTI NOEM, *in her official capacity as the Secretary of the Department of Homeland Security*; RODNEY S. SCOTT, *in his official capacity as Commissioner for U.S. Customs and Border Protection*; and CHRISTOPHER PRATT, *in his official capacity as Senior Official Performing the Duties of the Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force*,<br><br>*Defendants*. | Case No. 23-182 |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT THE COMPLAINT

Defendants (the Government) respectfully submit this response to Plaintiffs' Motion for Leave to Supplement the Complaint.

Pursuant to the Court's August 8, 2025 Order, ECF No. 198, Plaintiffs submitted a motion for leave to supplement the "operative complaint," -- here the Amended Complaint, ECF No. 69, 71 -- to add additional counts related to the decision by the Forced Labor Enforcement Task Force (FLETF) to

deny the request, by Ninestar Corporation and its affiliated entities (Plaintiffs or Ninestar), for removal from the list of entities described in section 2(d)(2)(B) of the Uyghur Forced Labor Prevention Act (UFLPA), Pub. L. No. 117-78 (Dec. 23, 2021) (the UFLPA Entity List). *See* ECF No. 199. Specifically, Ninestar proposes adding two additional counts to the Amended Complaint: (1) that the FLETF failed to adequately explain its decision on the removal request; and (2) that the decision on the removal request was not supported by substantial evidence. *Id.* The Government challenges the validity of both claims.

The Government, however, does not oppose the motion to amend the complaint, but reserves its right to move to dismiss one or both additional counts in accordance with the schedule entered by the Court. ECF No. 198.

        Respectfully submitted,

        BRETT A SHUMATE
        Assistant Attorney General

        PATRICIA M. McCARTHY
        Director

        <u>/s/ Claudia Burke</u>
        CLAUDIA BURKE
        Deputy Director

        JUSTIN R. MILLER
        Attorney-In-Charge
        International Trade Field Office

        <u>/s/ Monica P. Triana</u>
        MONICA P. TRIANA
        Senior Trial Counsel

        GUY EDDON
        Senior Trial Attorney

        LUKE MATHERS
        Trial Attorney
        Department of Justice, Civil Division
        Commercial Litigation Branch
        26 Federal Plaza – Room 346
        New York, New York 10278
        Tel. (212) 264-9240 or 9230

September 17, 2025        *Attorneys for Defendants*