**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: HON. GARY S. KATZMANN

| |
|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD. <br><br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; KRISTI NOEM, *in her official capacity as the Secretary of the Department of Homeland Security*;  RODNEY S. SCOTT, *in his official capacity as  Commissioner for U.S. Customs and Border Protection*; and  ROBERT LAW, *in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force*, <br><br><br> *Defendants*. |

Before: Gary S. Katzmann, Judge
Case No. 23-00182

**PROPOSED ORDER**

Upon consideration of defendants' motion for an extension of time to file the administrative record for the FLETF's denial of Ninestar's delisting request (Delisting Administrative Record), and upon due deliberation, it is hereby

ORDERED that defendants' motion is granted; and it is further

ORDERED that the time for defendants to file the Delisting Administrative Record is hereby extended from December 23, 2025, to and including January 9, 2026.

_____
GARY S. KATZMANN, JUDGE

Dated:_____, 2025
New York, New York

2

## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. GARY S. KATZMANN

| |
|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD. |

*Plaintiffs*,

v.

UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; KRISTI NOEM, *in her official capacity as the Secretary of the Department of Homeland Security*; RODNEY S. SCOTT, *in his official capacity as Commissioner for U.S. Customs and Border Protection*; and ROBERT LAW, *in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force*,

*Defendants*.

Before: Gary S. Katzmann, Judge
Case No. 23-00182

## DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE THE DELISTING ADMINISTRATIVE RECORD

Pursuant to USCIT Rules 6, 7, defendants respectfully request that the Court extend the

time for the defendants to file the administrative record for the FLETF's denial of Ninestar's

delisting request (Delisting Administrative Record) by seventeen (17) days, from December 23, 2025 until January 9, 2026. The Delisting Administrative Record record is presently due on December 23, 2025, according to the Court's Order of November 18, 2025 (ECF No. 213). Defendants have not previously requested an extension of time for this purpose. On December 22, 2025, Cody M. Akins of Sidley Austin LLP, counsel for plaintiffs, stated that plaintiffs do not oppose the relief requested by this motion.

Good cause exists for the requested extension. "Good cause requires the moving party to show that the deadline for which an extension is sought cannot reasonably be met despite the movant's diligent efforts to comply with the schedule." *POSCO, et al. v. United States*, Ct. Int'l Trade No. 16-00225, April 21, 2017 order (Docket entry no. 50) (citing *High Point Design LLC v. Buyers Direct, Inc.*, 730 F.3d 1301, 1319 (Fed. Cir. 2013) (discussing "good cause" in the context of Federal Rule of Civil Procedure 16(b)); and *United States v. Horizon Prods. Int'l, Inc.*, 34 F. Supp. 3d 1365, 1367 (2014) (diligence is the "primary consideration" under the general good cause standard applicable to USCIT Rules 6(b) and 16(b))).

There is good cause for this request. The Delisting Administrative Record is voluminous, consisting of several thousand pages and includes spreadsheets and other material. We are diligently working to prepare several versions of the record, specifically a confidential, Ninestar confidential, and public record. The complexity of the record presents challenges and the various redactions require careful consideration. In order to prepare the necessary versions of the record, and ensure correct redactions and protection of information, we must consult the client agency as well as plaintiffs' counsel. We have apprised plaintiffs' counsel of these challenges and have endeavored to coordinate review of the record by counsel. Additionally, the

requested time is necessary because our support resources are severely limited, contributing to the need for this request.

For these reasons, we respectfully request that the Court grant our motion to extend the time to file the Delisting Administrative Record.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

CLAUDIA BURKE
Deputy Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

MONICA P. TRIANA
Senior Trial Counsel

/s/ Guy Eddon
GUY EDDON
Senior Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
(212) 264-9232 or 9230
*Attorneys for Defendants*

Dated: December 22, 2025

3