# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. GARY S. KATZMANN

| | |
|---|---|
| NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD.<br><br>                *Plaintiffs*,<br><br>   v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; KRISTI NOEM, *in her official capacity as the Secretary of the Department of Homeland Security*; RODNEY S. SCOTT, *in his official capacity as Commissioner for U.S. Customs and Border Protection*; and ROBERT LAW, *in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force*,<br><br>                *Defendants*. | Before: Gary S. Katzmann, Judge<br>Case No. 23-00182 |

## ADMINISTRATIVE RECORD

## PUBLIC

# UNITED STATES COURT OF INTERNATIONAL TRADE

NINESTAR CORPORATION, ZHUHAI NINESTAR INFORMATION TECHNOLOGY CO., LTD., ZHUHAI PANTUM ELECTRONICS CO., LTD., ZHUHAI APEX MICROELECTRONICS CO., LTD., GEEHY SEMICONDUCTOR CO., LTD., ZHUHAI G&G DIGITAL TECHNOLOGY CO., LTD., ZHUHAI SEINE PRINTING TECHNOLOGY CO., LTD., and ZHUHAI NINESTAR MANAGEMENT CO., LTD.,

                Plaintiffs,

                v.

UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; KRISTI NOEM, in her official capacity as the Secretary of the Department of Homeland Security; RODNEY SCOTT, in his official capacity as the Commissioner for U.S. Customs and Border Protection; and ROBERT LAW, in his official capacity as Under Secretary for Office of Strategy, Policy, and Plans and Chair of the Forced Labor Enforcement Task Force,

                Defendants.

Court No. 23-00182

## CERTIFICATION OF ADMINISTRATIVE RECORD

My name is Samuel Greene. I am the Acting Director, Entity List Office, Trade and Economic Security, Office of Strategy, Policy, and Plans, U.S. Department of Homeland Security (DHS). I have held this position since June 01, 2025.

I certify, to the best of my knowledge, information, and belief, that the documents listed in the attached index comprise the non-privileged documents that were submitted by DHS to the voting Member Agencies of the Forced Labor Enforced Task Force (FLETF) for consideration of

Ninestar's request for removal from the Uyghur Forced Labor Prevention Act (UFLPA) Entity List and which reflect the FLETF Member Agencies' final vote and decision to deny Ninestar's request for removal from the UFLPA Entity List.

Therefore, I certify, to the best of my knowledge, information, and belief, that the documents listed in the attached index comprise all of the documents constituting the administrative record for the above-captioned case.

I also include the standard operating procedures adopted by the FLETF. Although this document was not submitted by DHS to the FLETF as part of the decision-making process for Ninestar, it reflects the procedures the FLETF followed in its decision not to remove Ninestar from the UFLPA Entity List.

Executed this 8th day of January, 2026 in Washington, DC.

Samuel Greene
Acting Director, Entity List Office
Trade and Economic Security
Department of Homeland Security

**Department of Homeland Security – Ninestar UFLPA Removal Request Submissions to FLETF**
**Administrative Record Index**

| | Records Submitted to FLETF | Starting Bates Number |
|---|---|---|
| 1. | Memorandum from Christopher C. Pratt, Senior Off. Performing the Duties of the Under Sec'y of Homeland Sec., Off. of Strategy, Policy, and Plans, *Forced Labor Enforcement Task Force Denial of Ninestar Corporation and its subsidiaries Geehy Semiconductor Co., Ltd., Zhuhai Apex Microelectronics Co., Ltd., Zhuhai G&G Digital Technology Co., Ltd., Zhuhai Ninestar Information Technology Co. Ltd., Zhuhai Ninestar Management Co., Ltd., Zhuhai Pantum Electronics Co. Ltd., Zhuhai Seine Printing Technology Co., Ltd. Request for Removal from the Uyghur Forced Labor Prevention Act Entity List* (July 21, 2025). | AR000001 |
| | • Attachment A – Letter from Michael E. Murphy, et al., Sidley Austin LLP, to Robert Silvers, Under Sec'y of Homeland Sec., Off. of Strategy, Policy, and Plans, *Ninestar Corporation—Request for Removal from UFLPA Entity List* (July 18, 2024). | AR000018 |
| | ○ Appendix in Support of Ninestar's Request for Removal from the UFLPA Entity List | AR000028 |
| | ○ Ninestar Spreadsheets and Translation Certifications (152 total documents) | AR000419 |
| | ▪ ███████████████████████████ | AR000419 |
| | ▪ ███████████████████████████ | AR000446 |
| | ▪ ███████████████████████████ | AR000455 |
| | ▪ ███████████████████████████ | AR000482 |
| | ▪ ███████████████████████████ | AR000491 |
| | ▪ ███████████████████████████ | AR000494 |
| | ▪ ███████████████████████████ | AR000495 |
| | ▪ ███████████████████████████ | AR000522 |
| | ▪ ███████████████████████████ | AR000531 |
| | ▪ ███████████████████████████ | AR000558 |
| | ▪ ███████████████████████████ | AR000567 |

1

| | | |
|---|---|---|
| | ▪ ███████████████████████ | AR000570 |
| | • Attachment B – Forced Labor Enforcement Task Force, FLETF Questions for Ninestar's Removal Request (Sept. 26, 2024). | AR000571 |
| | • Attachment C – Ninestar Corporation, Responses to FLETF Questions for Ninestar's Removal Request (Nov. 6, 2024). | AR000574 |
| | ○ Supplemental Appendix in Support of Ninestar's Request for Removal from the UFLPA Entity List | AR000581 |
| | • Attachment D – Forced Labor Enforcement Task Force, Meeting on Ninestar Corporation Request to be Removed from the Uyghur Forced Labor Prevention Act Entity List: Protocols | AR000947 |
| | • Attachment E - Forced Labor Enforcement Task Force, FLETF Questions for Ninestar's Removal Request (Dec. 9, 2024). | AR000949 |
| | • Attachment F – Ninestar Corporation, FLETF Follow-up Questions for Ninestar's Removal Request (Dec. 11, 2024) | AR000950 |
| | • Attachment G – Memorandum from Eric H. Choy, Exec. Dir. of U.S. Customs & Border Prot., Off. Of Trade, Trade Remedy L. Enf't Directorate, *Information regarding Ninestar Corporation and its Zhuhai-based Subsidiaries and Facilities (Ninestar) listed on the Uyghur Forced Labor Prevention Act Entity List* (Dec. 20, 2024). | AR000951 |
| | • Attachment H – Email from Forced Labor Enforcement Task Force to Ninestar Corporation, *RE: Ninestar – Request for Removal from UFLPA Entity List* (Apr. 18, 2025). | AR000953 |
| | • Attachment I – Email from Ted Murphy, Sidley Austin LLP, to Forced Labor Enforcement Task Force, *RE: Ninestar – Request for Removal from UFLPA Entity List* (with attachment) (Apr. 22, 2025). | AR000954 |
| | • Attachment J – Email from Forced Labor Enforcement Task Force to Ninestar Corporation, *RE: Ninestar – Request for Removal from UFLPA Entity List* (May 9, 2025). | AR001015 |
| | • Attachment K – Ninestar, Ninestar's Responses to the FLETF's May 9, 2025 Questions (May 13, 2025). | AR001028 |
| | ○ amfori BSCI Code of Conduct, amfori (2021). | AR001031 |
| | ○ Responsible Business Alliance Code of Conduct (2024). | AR001046 |
| | ○ Social Accountability 8000, Social Accountability International (2014). | AR001060 |
| | ○ amfori Social Audit (BSCI), Audit of Ninestar Corporation (2018) (with screenshots). | AR001076 |
| | ○ amfori Social Audit (BSCI), Audit of Ninestar Corporation (2019) (with screenshots). | AR001093 |
| | ○ amfori Social Audit (BSCI), Audit of Ninestar Corporation (2020) (with screenshots). | AR001114 |
| | ○ amfori Social Audit (BSCI), Audit of Ninestar Corporation (2021) (with screenshots). | AR001131 |

THIS PAGE CONTAINS CONFIDENTIAL INFORMATION

| | | | |
|---|---|---|---|
| | o amfori Social Audit (BSCI), Audit of Zhuhai Ninestar Information Technology Co., Ltd. (2022) (with screenshots). | | AR001156 |
| | o amfori Social Audit (BSCI), Audit of Zhuhai Ninestar Information Technology Co., Ltd. (2023) (with screenshots). | | AR001182 |
| | o SA8000, Audit Summary Report (Certification Audit – Stage 2) of Geehy Microelectronics Inc. (2024). | | AR001211 |
| | o SA8000, Follow Up Review Report of Geehy Microelectronics Inc. (2025) | | AR001231 |
| | • Attachment L – Uyghur Forced Labor Prevention Act (UFLPA) Entity List Package 23-002 from U.S. Dep't of Homeland Sec. to Forced Labor Enforcement Task Force. | | AR001247 |
| | • Attachment M – ████████████████ | | AR001262 |
| | • Attachment N – ████████████████ | | AR001270 |
| | • Attachment O – ████████████████ | | AR001278 |
| | • Attachment P – ████████████████ | | AR001296 |
| | • Attachment Q – Maroosha Muzaffar, *China frees staff of US consulting firm after two years in prison*, INDEP. (Mar. 25, 2025), https://www.independent.co.uk/asia/china/mintz-group-china-release-prison-beijing-b2720992.html. | | AR001300 |
| | • Attachment R – James Pomfret & Engen Tham, *Exclusive: US consultancy Mintz's executives leave Hong Kong after China raid*, REUTERS (May 19, 2023), https://www.reuters.com/world/china/us-consultancy-mintzs-executives-leave-hong-kong-after-china-raid-sources-2023-05-19/. | | AR001309 |
| | • Attachment S – Issac Stone Fish, ████ Declaration | | AR001320 |
| | • Attachment T – ████████████████ | | AR001324 |

| | | |
|---|---|---|
| | • Attachment U – Letter from Forced Labor Enforcement Task Force to Ted Murphy, et al., Sidley Austin LLP, *The Forced Labor Enforcement Task Force's Decision Regarding Ninestar Corporation and its subsidiaries Geehy Semiconductor Co., Ltd., Zhuhai Apex Microelectronics Co., Ltd., Zhuhai G&G Digital Technology Co., Ltd., Zhuhai Ninestar Information Technology Co. Ltd., Zhuhai Ninestar Management Co., Ltd., Zhuhai Pantum Electronics Co. Ltd., Zhuhai Seine Printing Technology Co., Ltd. Request for Removal from the Uyghur Forced Labor Prevention Act Entity List* (June 23, 2025). | AR001332 |
| 2. | Forced Labor Enforcement Task Force, Member Agency Votes on Removal of Ninestar Corporation from the UFLPA Entity List. | AR001335 |
| 3. | Forced Labor Enforcement Task Force, Member Agency Votes on Removal of Geehy Semiconductor Co., Ltd. from the UFLPA Entity List. | AR001342 |
| 4. | Forced Labor Enforcement Task Force, Member Agency Votes on Removal of Zhuhai Apex Microelectrics Co., Ltd. from the UFLPA Entity List. | AR001349 |
| 5. | Forced Labor Enforcement Task Force, Member Agency Votes on Removal of Zhuhai G&G Digital Technology Co., Ltd. from the UFLPA Entity List. | AR001356 |
| 6. | Forced Labor Enforcement Task Force, Member Agency Votes on Removal of Zhuhai Ninestar Information Technology Co. Ltd. from the UFLPA Entity List. | AR001363 |
| 7. | Forced Labor Enforcement Task Force, Member Agency Votes on Removal of Zhuhai Ninestar Management Co., Ltd. from the UFLPA Entity List. | AR001370 |
| 8. | Forced Labor Enforcement Task Force, Member Agency Votes on Removal of Zhuhai Pantum Electronics Co. Ltd. from the UFLPA Entity List. | AR001377 |
| 9. | Forced Labor Enforcement Task Force, Member Agency Votes on Removal of Zhuhai Seine Printing Technology Co., Ltd. from the UFLPA Entity List. | AR001384 |
| 10. | Memorandum from U.S. Dep't of Homeland Sec., Off. Of Strategy, Policy, and Plans, *Memorandum for Forced Labor Enforcement Task Force Paper Vote on Removal Request RR24-001* (June 11, 2025).[1] | AR001391 |
| 11. | Memorandum from Robert Silvers, Under Sec'y of Homeland Sec., Office of Strategy, Policy, and Plans, *Forced Labor Enforcement Task Force Addition of Ninestar Corporation and its Eight Zhuhai-Based Subsidiaries to the Uyghur Forced Labor Prevention Act Entity List* (May 24, 2023). | AR001408 |
| 12. | Uyghur Forced Labor Prevention Act (UFLPA) Entity List Package 23-002 from U.S. Dep't of Homeland Sec. to Forced Labor Enforcement Task Force. | AR001410 |
| | • Attachment A - ███████████████████ | AR001425 |

[1] Attachments A-T to the June 11, 2025 Memorandum (AR #10) are identical to Attachments A-T to the July 21, 2025 Memorandum from Christopher C. Pratt (AR #1); accordingly, Attachments A-T are not reproduced again here.

4

**THIS PAGE CONTAINS NINESTAR CONFIDENTIAL INFORMATION**



| | | |
|---|---|---|
| • Attachment B - | ███████████████ | AR001427 |
| • Attachment C - | ███████████████ | AR001429 |
| • Attachment D - | ███████████████ | AR001486 |
| • Attachment E - | ███████████████ | AR001488 |
| • Attachment F - | ███████████████ | AR001490 |
| • Attachment G - | ███████████████ | AR001493 |
| • Attachment H - | ███████████████ | AR001520 |
| • Attachment I - | ███████████████ | AR001522 |
| • Attachment J - | ███████████████ | AR001535 |
| • Attachment K - | ███████████████ | AR001555 |
| • Attachment L - | ███████████████ | AR001563 |
| • Attachment M - | ███████████████ | AR001569 |

**THIS PAGE CONTAINS NINESTAR CONFIDENTIAL INFORMATION**

**THIS PAGE CONTAINS CONFIDENTIAL INFORMATION**

|  |  |  |
|---|---|---|
| • Attachment N - ███████████████████████ | | AR001575 |
| • Attachment O - ████████████████████████ ████████████████████████ | | AR001583 |
| • Attachment P - ████████████████████████ | | AR001590 |
| • Attachment Q - ████████████████████████ | | AR001594 |
| 13. | U.S. Dep't of Homeland Sec., U.S. Customs & Border Prot., Off. of Trade, *Ninestar Corporation and its Zhuhai-based Subsidiaries and Facilities: Uyghur Forced Labor Prevention Act – Forced Labor Enforcement TF Entity List Allegation Summary* (Jan. 26, 2023). | AR001609 |
| 14. | U.S. Dep't of Homeland Sec., U.S. Customs & Border Prot., Office of Trade, *Zhuhai-Based Subsidiaries of Ninestar and Overall Trade Impact* (May 4, 2023). | AR001617 |
| 15. | Presentation by U.S. Dep't of Homeland Sec., U.S. Customs & Border Prot., Off. of Trade, to Forced Labor Enforcement Task Force, *UFLPA Entity List Recommendation: Ninestar Corporation* (March 7, 2023). | AR001620 |
| **Addendum** | | **Starting Bates Number** |
| 16. | U.S. Dep't of Homeland Sec., Office of Strategy, Policy, & Plans, Forced Labor Enforcement Task Force Standard Operating Procedures, Uyghur Forced Labor Prevention Act Entity List (July 2022). | AR001627 |

**THIS PAGE CONTAINS NINESTAR CONFIDENTIAL INFORMATION**